**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased,** | ) | **CASE NO:** |
| **Plaintiff,** | ) | **JUDGE:** |
| **v.** | ) | |
| **SPRINGFIELD TOWNSHIP, OHIO, et al.,** | ) | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| **Defendants.** | ) | |

Defendants, Springfield Township, Ohio, Chief John A. Smith, Robert Scherer, Joe Holsopple, and Denise Moore, by the undersigned attorney, respectfully state:

1. On September 2, 2016, the above-entitled action was commenced against the defendants in the Court of Common Pleas, Summit County, Ohio, Civil Division, Case No. CV-2016-09-3791.

2. The complaint was served upon the defendants via certified mail on or about September 12, 2016.

3. On September 14, 2016, removing parties filed an answer to the complaint.

4. No further proceedings have been had in the Court of Common Pleas, Summit County, Ohio, Civil Division.

5. The above-entitled cause of action is a civil action for money damages arising out of alleged violations of the Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the Ohio Constitution along with 42 U.S.C. § 1983. In substance, the plaintiff claims that Springfield Township authorized and permitted its officers, Chief John A. Smith, Robert Scherer, Joe Holsopple and Denise Moore to unlawfully detain and exercise excessive force leading to Mr. Miller's death. The defendants deny all allegations of improper or unlawful conduct and raises defenses of qualified immunity, among other defenses.

6. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and this action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

7. A copy of the complaint served upon the defendants in the above-entitled action is attached hereto as Exhibit "A", along with all the process, pleadings and orders served on the defendants in the above State Court action.

8. Pursuant to 28 U.S.C. §1446(b), this Petition is filed with this Court within 30 days after service on the defendants of the summons and complaint in the above-entitled action.

WHEREFORE, Notice is hereby given that the above-entitled action is removed from the Court of Common Pleas, Summit County, Ohio, Civil Division, to the United States District Court for the Northern District of Ohio.

Dated this 20th day of September, 2016.

Respectfully submitted,

*s/Gregory A. Beck*
Gregory A. Beck - #0018260
BAKER, DUBLIKAR, BECK,
WILEY & MATHEWS
400 South Main Street
North Canton, Ohio 44720
Phone: 330-499-6000
Fax: 330-499-6423
e-mail: beck@bakerfirm.com
Counsel for Defendants, Springfield Township, Ohio,
Chief John A. Smith, Robert Scherer, Joe Holsopple,
and Denise Moore

## CERTIFICATE OF SERVICE

A copy of the foregoing notice was sent by regular U.S. mail this 20th day of September, 2016 to:

Michael A. Hill, Esq.
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
Counsel for Plaintiff

*s/Gregory A. Beck*
Gregory A. Beck - #0018260
BAKER, DUBLIKAR, BECK,
WILEY & MATHEWS