IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAYDN ZEIS, | ) | CASE NO. 5:16cv2331 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| SPRINGFIELD TOWNSHIP, OHIO, et al., | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendants. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on 12/5/2016 and was attended by:

Michael Hill counsel for plaintiff(s) All Plaintiffs

Greg Beck counsel for plaintiff(s) All Defendants

__________ counsel for defendant(s) __________

__________ counsel for defendant(s) __________

2. The parties:

__ have not been required to make initial disclosures.

X have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track.

___ Expedited _X_ Standard

___ Administrative ___ Complex

___ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

___ Early Neutral Evaluation

___ Mediation

___ Arbitration

___ Summary Jury Trial

___ Summary Bench Trial

___ Case not suitable for ADR

X Counsel may revisit this issue at a later time

5. The parties ____do/__X__do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

Paper discovery and depositions will be needed on the following topics:

1) Use(s) of force; 2) Responding to mentally/medically ill members of

the community; 3) Restraint; 4) Uses of force/restraint/response to Jordn Miller on September 8, 2015; 5) Historical uses of force by Springfield PD Officers/Springfield PD's policies/practices/and customs; 6) Fact issues with respect to qualified immunity. Other issues pertaining to qualified immunity and damages as deemed necessary. Plaintiff is anticipating experts on uses of force/police procedures and damages.

(b) Discovery cut-off date: September 1, 2017

7. Recommended dispositive motion date: October 1, 2017

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: January 31, 2017

9. Recommended date for a Status Hearing: April 1, 2017

10. Other matters for the attention of the Court:

s/ Michael A. Hill (0088130)

Attorney for Plaintiff(s) Haydn Zeis, Administrator of the Estate of Jordn Lukas Miller, Deceased

s/ Gregory A. Beck (0018260)

Attorney for Defendant(s) Springfield Township, Chief John A. Smith, Robert Scherer, Joe Holospple and Denise Moore