UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | CASE NO. 5:16CV2331 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | **JOINT STATUS REPORT** |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | |
| Defendants. | |

The parties in the above-captioned case, by and through undersigned counsel, and pursuant to this Honorable Court's Case Management Order of January 12, 2017, hereby submit their second Joint Status Report:

(1) Paper discovery has been exchanged by Plaintiffs and Defendants, and all parties are in the process of completing those requests. Counsel for Plaintiff and Defendants have met and conferred regarding scheduling depositions and have agreed to conduct numerous depositions during the week of March 13, 2017.

(2) Approximately 10 depositions are expected to take place between March 14-17, 2017.

(3) No settlement discussions have occurred during the reporting period.

(4) No motions have been filed or were pending during the reporting period.

(5) The case remains on schedule in accordance with the court's deadlines.

Respectfully submitted,

/S *Michael A. Hill*
MICHAEL A. HILL (0088130)
**EADIE HILL TRIAL LAWYERS**
3100 East 45th Street, Suite 218
Cleveland, Ohio 44127
(216) 777-8856 (o) | (216) 716-2507 (f)

michael.hill@eadiehill.com

***Counsel for Plaintiff***

***Counsel for Plaintiff***
*s/ Gregory A. Beck (per email consent)*
GREGORY A. BECK (0018260)
MEL L. LUTE, JR. (0046752)
**BAKER, DUBLIKAR, BECK, WILEY & MATTHEWS**
400 S. Main Street
North Canton, OH 44720
(330) 499-6000 / (330) 499-6423 (FAX)
*beck@bakerfirm.com*
*lute@bakerfirm.com*

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of March 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/ *Michael A. Hill*
MICHAEL A. HILL (0088130)