# Exhibit B Separator

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased, | ) | CASE NO: 5:16cv2331 |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiff, | ) | |
| v. | ) | AFFIDAVIT OF FIRE CHIEF VICTOR A. WINCIK |
| SPRINGFIELD TOWNSHIP, OHIO, et al., | ) | |
| Defendants. | ) | |

Now comes the affiant, Fire Chief Victor A. Wincik, first being duly sworn according to law and states as follows:

1. I am the Fire Chief of Springfield Township, Summit County, Ohio.

2. The attached document is a true and accurate copy of the EMS run report from the Springfield Township Fire Department dated September 10, 2015.

AFFIANT FURTHER SAYETH NAUGHT.

_____
Fire Chief Victor A. Wincik

SWORN to before me and subscribed in my presence this 17th day of July, 2017

_____
Notary Public



Denise G. Bolen
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 06.20.2019

Exhibit B

# EMS Run Report

VN [illegible] 9/10/15

**Run #:** 1816   Supp Attached: ☐

| | | | |
|---|---|---|---|
| Received | 1525 | Incident Address: | 1019 ABINGTON |
| Notified | 1525 | Incident City/Twp/Village: | Zip: 44312 |
| En Route | 1527 | Called For (1): TASED PT | Location Type (2): RES |
| On Scene | 1529 | County: 77 | Law Enforcement Present: STPD 43 |
| At Patient | 1530 | Type of Service requested: ☒ 911 | |
| To Hospital | 1541 | Delay: ☐ None ☐ Dispatch ☐ Response ☐ Scene ☐ Transport ☐ Return to Service | |
| Arrive | 1552 | Describe (3): | |
| Returning | 1637 | Resident? ☒ Yes ☐ No   Employed in City? ☐ Yes ☒ No | |
| In Service | 1653 | | |

**Patient #:** 151429   **Patients:** 1
**Date:** 9/8/15   **Units:** 3121 3126
☐ BLS ☐ ALS1 ☐ ALS2 ☐ ALS TIME:
Mileage Start: 66
Mileage End:
☐ Mass Casualty ☐ Limited Victim Incident
W/C: Y N   EMD: Y N Unk. Pre-arrival Instructions Y N

Written 9/10/15 JORDN MILLER

**Pt Name:** JOHN DOE
**Age:** 24   **DOB:** 4/19/91   **Sex:** M   **Race:** W
**Pt Phone:** UNK   **City:** UNK   **State:** OH   **Zip:** UNK
**Nearest Relative/Guardian:** UNK   **Phone:** UNK   **SSN#:** UNK   **Family Physician:** UNK

**Chief Complaint:** UNRESPONSIVE
Safety Equipment: ☐ None ☐ Lap Belt ☐ Shoulder Belt ☐ Air-Bag Deployed Y N ☐ Car Seat ☐ Helmet ☐ Unknown ☐ Other/Describe
**Prior Aid:** ☐ Yes ☒ No ☐ Unk. By:   Outcome:   Barriers to Care (4): ☒ No ☐ Yes Describe:
**Position Found:** O-L CUFFED ON GRND

## History

**History of Present:** ☐ Illness ☐ Injury/MOI (5):
PT TASED BY STPD, PRESENTING IN VIOLENT/AGITATED COND. OFFICER SCHERER TASED PT TO SUBDUE PT AFTER NUMEROUS ATTEMPTS TO DO OTHERWISE. ONCE TASED, PT PLACED IN CUFFS, C PULSE/RESPIRATIONS. UPA OF EMS PT NOTICED BY STPD TO BE APNEIC/PULSELESS. IMMEDIATE CPR, CUFFS REMOVED, ACLS IN PROGRESS THROUGHT TRANSPORT.

**PMHX:** ☐ Asthma ☐ CA ☐ CAD ☐ CHF ☐ COPD ☐ CVA/TIA ☐ DJD ☐ IDDM ☐ NIDDM ☐ HTN ☐ MI ☐ Psych ☐ SZ   **Allergies:** ☐ NKA   UNK
**Medications:** UNK   UNK
☐ See List ☐ Meds with Patient

## Vitals

| Time | POS | B/P | Pulse | Respirations | RA | S·O2 O2 | Temp | Glucometer | EtCO2 | Eye+Verbal+Motor = GCS | By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1530 | 0-H | —/— | Ø | Ø R1 | — | — | HOT | — | — | 1 1 1 3 | 315/CR |
| 1535 | 0-H | —/— | Ø | Ø R1 | — | — | HOT | — | 54 | 1 1 1 3 | 315/CR |
| 1540 | 0-H | —/— | Ø | Ø R1 | — | — | HOT | — | 52 | 1 1 1 3 | 315/CR |
| 1545 | 0-H | —/— | Ø | Ø R1 | — | — | HOT | — | 48 | 1 1 1 3 | 315/CR |

## Physical Exam

**LOC:**
☐ Alert
☐ Apprehensive
☐ Oriented
☐ Agitated
☐ Disoriented
Responds To:
☐ Verbal Stimuli ☐ Appropriate ☐ Inappropriate
☐ Painful Stimuli ☐ Appropriate ☐ Inappropriate
☒ Unresponsive

**Airway:** ☒ Patent ☐ Obstructed
**Breathing:** ☐ Present ☒ Absent
**Quality:** ☐ Normal ☐ Deep ☐ Shallow
**Lungs:** —

(+) S/S TRAUMA
(R) OBLIQUE ABRASION
(+) TASER BARBS IN BACK
(+) (R) SHLDR ABRASION
(-) SIGNS OF LIFE UPON EMS ARRIVAL

**Pupils:** ☐ Equal ☐ Unequal
Description R L
☐ ☐ Cataracts ☐
☒ ☐ Normal ☐
☒ ☐ Unresponsive ☒
☐ ☐ Dilated ☐
☐ ☐ Constricted ☐
☐ ☐ Other ☐

**Alcohol/Drug Use Indicators:**
☐ None
Drugs: Y N (Unk)
Paraphernalia on Scene: Y N
Alcohol Use: Y N Unk
Odor on Breath: Y N
Px. By: 315

**Temp:** ☐ Warm ☐ Cool ☒ Hot
**Skin:** ☐ Dry ☒ Moist
**Color:** ☐ Normal ☐ Cyanotic ☒ Pale ☐ Jaundiced ☐ Flush ☐ Mottled

**Cap Refill:** ☐ <2 sec. ☒ Delayed 5 sec
**Impression:** UNRESPONSIVE
☐ DNR State ☐ DNR Other:   ☐ DPA ☐ Living Will ☐ None

## Medications / Procedures

| Oxygen | IV Time | Size | Site | Rate | Successful | By | EKG ☐ EKG attached ☐ EKG Sent-Time: |
|---|---|---|---|---|---|---|---|
| LPM: 15 | Time 1532 1520/18 L/AC | — | ☐ Yes ☐ No | | Rhythm: ASYSTOLE | | |
| ☐ Cannula ☐ Mask By: 315 | 1538 | | | ☐ Yes ☒ No | | | 12-Lead: Time 1532 By: 315 |
| ☐ Nasal ☐ Oral ☐ Suction ☒ BVM | | | | ☐ Yes ☐ No | | | |

| Time | Medication / Procedure | Dose/Size | Route/Attempts | Successful | Reaction / Complications / Result / Rate / Rhythm (6/7) | By |
|---|---|---|---|---|---|---|
| 1536 | NARCAN | 2mg | IV | ☒ Yes ☐ No | (—) A/S | 320 |
| 1538 | EPI | 1:10K | IVP | ☒ Yes ☐ No | (+) A/S | 311 |
| 1541 | EPI | 1:10K | IVP | ☒ Yes ☐ No | (—) A/S | 315 |
| 1542 | NAR | 2mg | IVP | ☒ Yes ☐ No | (—) A/S | 315 |
| 1544 | EPI | 1:10K | IVP | ☒ Yes ☐ No | (—) A/S | 315 |
| 1547 | EPI | 1:10K | IVP | ☒ Yes ☐ No | (—) A/S | 315 |
| 1550 | EPI | 1:10K | IVP | ☐ Yes ☐ No | (—) A/S | 315 |

PT TASED X 2 (5 SEC EACH) PT BIT OFFICER SCHERER

☐ BB ☐ CC ☐ HI ☒ Straps ☐ 1/2   MSP X   Before ___ After ___
Called for Specialized Team: ☐ Trauma ☐ Stroke ☐ Cardiac/Cath   Time:   By:
**Receiving Facility:** ACH   **Determined By:** PT
**Hospital Contacted:** ACH   **Time:** 1542   **Orders:** INFO
**Response Mode:** ☒ Lights/Siren ☐ No Lights/No Siren ☐ Downgraded from lights/siren ☐ Upgrade from no lights/siren
☐ Refusal Signed ☐ Code 1 Signed
**Transport Mode:** ☒ Lights/Siren ☐
**Personnel:**
Driver: 311
320
305
Written By: 315   Reviewed: 320

**Transported By:** ST 21
**Transport Position:** O
**Valuables:** ☐ With Pt. ☐ Family ☐ At Home

| Cert | Trans |
|---|---|
| B | P/A |
| B | I P |
| B | P/A |
| B | I/P/A |
| B | I P |
| B | P/A |

| | | |
|---|---|---|
| Inci# 15-0001816   Pt# 0001 | Springfield Township Fire Department | Alarm Date 09/08/2015 |
| FDID# 77123 | | |

| | | |
|---|---|---|
| Incident No 15-0001816  Onset Date  /  /  Onset Time | | Location Type |
| Crash No         Trauma ID           911 Used 1  911 USED | | 1135 Home/Residence |
| Scene Address                          Station 10   Shift B | | Response Code to Scene |
| 1019 ABINGTON RD /Springfield Township, OH 44312 | | 1 Emergency |
| | | Highest Experience Level at Scene |
| Township SPR   District 3110   County 77   Census | | Lights & Siren to Scene? |
| Mutual Aid None                       Occupancy | | 39 Lights and Sirens |

| | Times | Response Analysis |
|---|---|---|
| Patient # 000001  Name MILLER, JORDN L | Dispatch Notified 15:25:00 | Dispatch 00:00:00 |
| Address 909 MILO WHITE | Unit Notified 15:25:00 | En Route 00:02:00 |
|                Rm         Phone | Unit Enroute 15:27:00 | To Scene 00:02:00 |
| City AKRON          St OH   Zip 44312 | Arrived Scene 15:29:00 | To Pt/Vict 00:01:00 |
| Race White    Gender    DOB 04/09/1991  Age 24 yrs 4 mos | Arrived Pt/Vict 15:30:00 | On Scene 00:12:00 |
| SSN 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 Primary Physician | | Transport 00:11:00 |
| Dispatched For  Psychiatric Problems | Enroute to Dest 15:41:00 | Tot Resp Time 01:12:00 |
| Type of Service  30 911 Response (Scene) | Arrived Dest 15:52:00 | Out of Srv 01:12:00 |
| Chief Complaint  UNRESPONSIVE | | |
| Provider Impression  169 OVERDOSE | Cleared 16:37:00 | ALS Response |
| Tx Authorization  01 Protocols (Standing Orders) | | |
| Injury Sustained?  No | Back in Service 16:37:00 | Total Miles |
| Injury Intent | ALS Arrival | Loaded Miles   6.60 |
| Mechanism of Injury  N00 Not Applicable | | |
| Human Factors Affecting Care  2615 None | | |

| Patient Prior Medical History | Factors Affecting EMS Care | Prior EMS Care Given | Safety Equipt Worn by Patient |
|---|---|---|---|
| 10000 None (CUR MEDICATIONS) | 105 None | N002 Not Applicable | 2187 None |
| | 150 None | | |
| | 225 None | | |
| | 290 None | | |
| | 360 None | | |

### Injury/Illness Detail

| Type | Area | Severity | Primary Symptom | Job Rel? |
|---|---|---|---|---|

### Basic Vitals

| Time | LOC | Airway | Resp Rhythm-Effort/Qlty | Pulse Rhythm/Qlty | Skin | Cap Refill | Bleeding | Pupils-L/R | Posture |
|---|---|---|---|---|---|---|---|---|---|
| 15:35:00 | Unre | Endotracheal | Absen-Absent | Not A-NA-No Pulse Pr | Not Asse | N/A | None | 4 / 4 | Supine |
| 15:40:00 | Unre | Endotracheal | Absen-Absent | Not A-NA-No Pulse Pr | Not Asse | N/A | None | 4 / 4 | Supine |
| 15:45:00 | Unre | Endotracheal | Absen-Absent | Not A-NA-No Pulse Pr | Not Asse | N/A | None | 4 / 4 | Supine |

### Secondary Vitals

| Time | Pulse | Resp | Temp | BP | SpO2 | Skin Appearance | Eye/Mtr/Vrbl | GCS | RTS | Cardiac |
|---|---|---|---|---|---|---|---|---|---|---|
| 15:35:00 | 0 | 0 | N/A | 0/0 | 0% | Dry | 1  1  1 | 3 | 0 | Asystole |
| 15:40:00 | 0 | 0 | N/A | 0/0 | 0% | Dry | 1  1  1 | 3 | 0 | Asystole |
| 15:45:00 | 0 | 0 | N/A | 0/0 | 0% | Dry | 1  1  1 | 3 | 0 | Asystole |

\* Denotes Blood Pressure Reading by Palpation or Doppler

### Procedures Performed                                F - Procedure Failed

| Time | Procedure | Notes | Staff Id | Attempts |
|---|---|---|---|---|
| 15:32:00 | 93.931 Airway - Bagged (via BVMask) | | | 1 |
| 15:33:00 | 96.991 Airway-Intubation Confirm Co | | | 1 |
| 15:34:00 | 96.040 Airway-Orotracheal Intubatio | | | 1 |
| 15:35:00 | 89.391 Capnography (CO2 Measurement | | | 1 |
| 15:36:00 | 89.510 Cardiac Monitor | | 315 | 1 |
| 15:37:00 | 89.392 Pulse Oximetry | | | 1 |
| 15:38:00 | 38.992 Venous Access-Extremity | | 311 | 1 |

06/24/2016     08:16                                                    Page    1

| | | Springfield Township Fire Department | | Alarm Date 09/08/2015 |
|---|---|---|---|---|
| Inci# 15-0001816 | Pt# 0001 | | | |
| FDID# 77123 | | | | |

15:46:00 99.600 CPR - Start Compressions and     1
15:47:00 101.500 Contact Medical Control     1

### Exposure Precautions Taken

| Staff Member | Precaution Type |
|---|---|
| . | |

### Medications Administered

| Time | Medication | Staff Id | Dosage |
|---|---|---|---|
| 15:36:00 | 53865 Naloxone | 320 | 1 MG via Intr |
| 15:38:00 | 42800 0.9% Sodium Ch | 311 | 1 KVO (TKO) v |
| 15:40:00 | 52040 Epinephrine | 311 | 1 MG/CC via I |
| 15:42:00 | 52040 Epinephrine | 315 | 1 MG/CC via I |
| 15:44:00 | 52040 Epinephrine | 315 | 1 MG/CC via I |
| 15:47:00 | 52040 Epinephrine | 315 | 1 MG/CC via I |
| 15:48:00 | 53865 Naloxone | 320 | 1 MG via Intr |
| 15:50:00 | 52040 Epinephrine | 315 | 1 MG/CC via I |

### Disposition

Transported to 1275 Akron City Hospital
Mode of Transport 1005 ALS, Level 1 Emergency
Agency Tiered With
Lights/Siren from Scene? Lights and Sirens

Dest Determined by 4990 Closest Facility (none below)
Diverted To
Patient Disposition TATE TREATED AND TRANSPORTED BY EMS
Pulse on Transfer 1 PULSE ON TRANFER

### Insurance

| Type | Policy # | Group # | Insured Name |
|---|---|---|---|
| Not Known | | | |

### Patient Narrative

A VIOLENT PT WAS TASED BY STPD ONCE TASED PT WAS PLACED IN CUFF WITH PULSE AND RESPS, UPON ARRIVAL OF EMS PT BECAME PULSELESS AND APNIC CPR AND RESPS STARTED CUFFS REMOVED ACLS IN PROGRESS THROUGH OUT TRANS TO HOSPITAL

### Officer/Member Making

Signature_____
Officer Name DEWOLF, SHAWN    09/08/2015

Signature_____
Member Name DEWOLF, SHAWN    09/08/2015

Signature_____
Attending Physician

06/24/2016    08:16         Page 2

| | | |
|---|---|---|
| Inci# 15-0001816  Pt# 0001 | Supplemental Report | Alarm Date 09/08/2015 |
| FDID # 77123 | Springfield Township Fire Department | |

Incident No 15-0001816   Onset Date  /  /     Report Date 09/08/2015  Station 10   Shift B   Dispatch 15:25:00

Patient #   001 Name MILLER, JORDN L          SSN 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          Gender 650      DOB 04/09/1991

### Cardiac Arrest

Cardiac Arrest Type Yes, After EMS          Bystander CPR Prior to EMS Arrival?   No

If Pre-Arrival Arrest                        Bystander Name
                                             Address
Initial Arrest Rythm 2325 Asystole           City
          Cardiac Arrest Witnessed? No       State       Zip
                 Traumatic Arrest? No        Phone
Symptoms Exibited Prior to Collapse? No
                                             Times:
         < 4 mins  4-8 mins  8-12 mins  >12 mins  Unk/NA     Arrest Witnessed

| | < 4 mins | 4-8 mins | 8-12 mins | >12 mins | Unk/NA |
|---|---|---|---|---|---|
| Arrest to CPR | ☐ | ☐ | ☐ | ☐ | ☐ |
| Arrest to Defib | ☐ | ☐ | ☐ | ☐ | ☐ |
| Arrest to Meds | ☐ | ☐ | ☐ | ☐ | ☐ |

CPR Initiated
CPR Discontinued
First Defib Shock
First Medication

#Shocks Delivered          Spontaneous Pulse Restored?  No

06/24/2016     08:16                                                  Page    1

Inci# 15-0001816 Pt# 1  
FDID # 77123

**Responding Personnel Summary**  
Springfield Township Fire Department

Alarm Date 09/08/2015

| Staff ID | Name Rank/Position | Unit | Activity | Hours |
|---|---|---|---|---|
| 304 | SIMICH, STEPHEN M<br>Captain/DRIVER | 3112 | MX Medical At Scene | 1.20 |
| 305 | WHITE, BRIAN<br>Lieutenant/JUMPSEAT | 3126 | MX Medical At Scene | 1.20 |
| 311 | SCHULTZ, STEPHEN M<br>Firefighter Paramedic/DRIVER | 3126 | MX Medical At Scene | 1.20 |
| 315 | DEWOLF, SHAWN<br>Firefighter Paramedic/LEAD MEDIC | 3121 | MX Medical At Scene | 1.20 |
| 320 | ATKINSON, KEVIN<br>Firefighter Paramedic/JUMPSEAT | 3121 | MX Medical At Scene | 1.20 |
| 329 | KEENER, ROB<br>Firefighter Paramedic/JUMPSEAT | 3112 | MX Medical At Scene | 1.20 |

Total Number of Responding Personnel: 6          Total Hours: 7.20

\* Denotes Driver

06/24/2016     08:16

| | | | | |
|---|---|---|---|---|
| Inci# 15-0001816 Pt# 1 | Responding Units Summary | | | |
| FDID # 77123 | Springfield Township Fire Department | | | |

| Unit | Response Code | Alarm | Arrival | Response |
|---|---|---|---|---|
| 3121 3121 | 1 Emergency | 15:25:00 | 15:29:00 | 00:04:00 |
| 3126 CAPT ADMIN TRUCK | | 15:25:00 | 15:30:00 | 00:05:00 |
| 3112 3112 | | 15:55:00 | 15:59:00 | 00:04:00 |

Total Number of Responding Units:   3