UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | CASE NO. 5:16CV2331 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | **PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPTS** |
| Defendants. | |

Plaintiff, Haydn Zeis, Administrator of the Estate of Jordn Miller, provides notice to the Court that the following transcripts have been filed this 17th day of July 2017:

1. Robert Scherer (May 14, 2017) (Volume I)
2. Robert Scherer (May 15, 2017) (Volume II)
3. Joseph Holsopple (May 15, 2017) (Volume I)
4. Joseph Holsopple (May 17, 2017) (Volume II)
5. Denise Moore (May 20, 2017)
6. John Lombardi (May 20, 2017)
7. Carl Blasdel (May 20, 2017)
8. John Smith (May 16, 2017)
9. David Hoover (May 17, 2017)
10. Shawn DeWolf (May 31, 2017)
11. Kevin Atkinson (May 31, 2017)
12. Steven Schultz (May 31, 2017)

Respectfully submitted,

/S *Michael A. Hill*
MICHAEL A. HILL (0088130)
**EADIE HILL TRIAL LAWYERS**
3100 East 45th Street, Suite 218
Cleveland, Ohio 44127
(216) 777-8856 (o) | (216) 716-2507 (f)
michael.hill@eadiehill.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 17th day of July 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                  s/ *Michael A. Hill*
                                  MICHAEL A. HILL (0088130)