EXHIBIT
1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | ) ) ) | CASE NO. 5:16CV2331 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | **PLAINTIFF'S MOTION FOR** |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | ) ) | **PARTIAL SUMMARY JUDGMENT EXHIBIT 1 (911 AUDIO FILE)** |
| Defendants. | ) ) | |

Plaintiff, Haydn Zeis, Administrator of the Estate of Jordn Miller, is manually filing a CD containing Exhibit 1, 911 Audio Recording, which is also available online at https://youtu.be/EBTV9Rimjus. This link is embedded at footnote 1 in Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

/S *Michael A. Hill*
MICHAEL A. HILL (0088130)
**EADIE HILL TRIAL LAWYERS**
3100 East 45th Street, Suite 218
Cleveland, Ohio 44127
(216) 777-8856 (o) | (216) 716-2507 (f)
michael.hill@eadiehill.com
www.eadiehill.com

*Counsel for Plaintiff*