**EXHIBIT**

**2**

_____

exhibitsticker.com

**Conversation recorded on September 8, 2015 at 1512 on Channel 2**

|  |  |
|---|---|
|  | [phone line ringing] |
| 911: | 911, what's the location of your emergency? |
| Wendy Tomblin: | 909 Milo White Drive. |
| 911: | What's the problem there? |
| Wendy Tomblin: | My son's had a psychotic break.  He's running around in the driveway naked.  Please get somebody here. |
| 911: | Okay.  How old is he? |
| Wendy Tomblin: | He's 24.  He's mentally ill. |
|  | Calm down, Amanda.  He'll be okay.  He's got bipolar, ADD, OCD.  He's had a break.  Amanda, stay in here and stay. |
| 911: | So is your phone number there 234-678-3776? |
| Wendy Tomblin: | Yes. |
| 911: | Okay, does he have any weapons or is anybody injured there? |
| Wendy Tomblin: | No.  No.  He's just here - because he's running through the house.  He's talking crazy out of his head.  I've noticed here for a couple days he's had a couple breaks and this is the worst.  I've been trying to calm him down thinking that would help, but there's nothing working. |
|  | I don't want them to hurt him.  I just want to get him some help. |
|  | He's outside now.  I don't know.  He's naked.  He got shorts on him.  He don't know anything. He's talking out of his head. |
| 911: | What's his name? |
| Wendy Tomblin: | Jordn Miller.  He's got a misdemeanor warrant, I think.  I'm unsure about that.  He's out of really bad.  He needs to be in a psych ward really bad.  I've been trying to get him to go.  It's like his mental illness is getting worse with age. |
| 911: | I'm gonna try just keep you on this phone as long as I can.  If he takes off running down the road… |

1

| | |
|---|---|
| Wendy Tomblin: | If he gets in on this, set the phone down cause I don't want him to know I'm calling you.  Don't freak. |
| 911: | Okay. |
| Wendy Tomblin: | I don't want you to hang up, okay? |
| 911: | Yeah, and I want you to keep me updated.  Like I said, if he takes off, which way he's going so we're looking in the right place. |
| Wendy Tomblin: | Go and look out the window and see where he's at; if he's still out there.  Just don't go near him.  Just talk to him.  Just go out and look.  This is breaking my heart. |
| 911: | Oh, I can imagine. |
| Wendy Tomblin: | I don't know where he's at.  Look out the front door.  Okay, just open the front door and look out and see if he's… |
| Amanda: | I don't see him anywhere at all, anywhere. |
| Wendy Tomblin: | You'll see him outside.  He's either up or down the street, maybe.  He's got a sweat jacket on.  He's got a big sweat, his sweat jacket on and shorts.  It's brown camouflage. |
| 911: | What's brown camouflage? |
| Wendy Tomblin: | His jacket.  His hoodie he's got on; big thick.  No shoes, just shorts.  And he looks completely crazy.  God, he's breaking my heart.  This guy, he's got the biggest heart in the world. |
| Amanda:\_\_\_\_\_ | [unintelligible]. |
| Wendy Tomblin: | He needs help, honey; we gotta do this.  We can't fix it. |
| | [unintelligible background noise] |
| | They've been here before and the police have been here for him before, but not for, not for his psych.  They've been here to pick him up. |
| | [sighing] |
| 911: | Alright, they're gonna look for him first, okay? |
| Wendy Tomblin: | Yes.  Go back in the house; back in the house. |

2

911:               So you're…

Wendy Tomblin:     I'm in the back of the house.  We got a back door and front door.  I don't see him out there.  I'm just looking out the front.

911:               Yeah, they're gonna drive around the neighborhood looking for him first before they come to the house, so…

Wendy Tomblin:     If I see him, I will tell you where he's at.

911:               Yeah, call us right back and like I said, we're gonna look for him first, okay?

Wendy Tomblin:     Look for him first, please.

911:               Yeah, we're gonna look for him first, okay?

Wendy Tomblin:     Okay, you want me to hang up?

911:               Yeah, I'll go ahead and hang up with you, but if he shows back up, or any changes, call me right back and like I said, in the meantime, if it seems like it's taking 'em a little while to get to you, it's because they're looking for him, okay?

Wendy Tomblin:     He's gonna try to hide if he thinks they're coming.

911:               Alright.

Wendy Tomblin:     But we're looking for him. Okay, I'm gonna be out back looking.

911:               Okay.

Wendy Tomblin:     Bye.

                   [call disconnects]

**End of recording**.
*****

3