EXHIBIT 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased ) ) ) | CASE NO. 5:16CV2331 |
| Plaintiff, ) ) | JUDGE JOHN R. ADAMS |
| vs. ) ) ) | **DECLARATION OF WENDY TOMBLIN** |
| SPRINGFIELD TOWNSHIP, OHIO, et al. ) ) ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C.§ 1746, I, Wendy Tomblin, hereby declare as follows based upon my personal knowledge:

1. I am an adult over the age of 18 years.

2. I have no known disability that would prevent me from hearing, seeing, or recalling the events of September 8, 2015 or presently or would inhibit my ability to testify truthfully.

3. At approximately 3:12pm on September 8, 2015, I called 911 because my son Jordn Miller was suffering a mental health crisis and needed immediate medical attention.

4. I have listened to the audio recording of the 911 call that is attached as Exhibit 1 to Plaintiff's Motion for Summary Judgment. That audio recording is a true and accurate copy of my call to 911 on September 8, 2015.

5. I have reviewed the transcript that is attached as Exhibit 2 to Plaintiff's Motion for Summary Judgment. That exhibit appears to be a true and accurate transcript of my call to 911 on September 8, 2015.

1

Executed on this 16th day of July 2017.

*s/ Wendy Tomblin*
Wendy Tomblin