EXHIBIT
4

**Conversation recorded on September 8, 2015 at 1519 on Channel 4**

Caller: Get out of your dad's van.

[phone line ringing]

911: Summit County Sheriff's Office. May I help you?

Caller: Yeah, I need to have somebody come to 1019 Abbington Road. Some guy just put down in our car. He won't get out of our car. He's trying to leave.

911: Okay. Who is this guy? Do you know him?

Caller: Hell, no.

911: Is he wearing a big camo hoodie and shorts?

Caller: Yeah.

911: Okay. You said he's at - - cause we're - we're looking for him. 1019.

Caller: He's in our house.

911: 1019 Abbington and he got in one of your cars in the driveway.

Caller: He won't get out.

911: Yeah, leave him alone. He's got some mental problems. That's why we're looking for him, okay?

Caller: Okay. Hurry.

911: So we're getting somebody over there.

Caller: Okay, bye.

**End of recording.**
*****