# SPRINGFIELD TOWNSHIP POLICE DEPARTMENT
## INVESTIGATIVE NOTES

REPORT: 15-2772

| EVENT DATE | NOTES |
|---|---|
| 09-08-15 | On this date, officers received a call reference a Jordn Miller who was 24 years old was having a mental episode and that he was running around naked. We were updated by dispatch that he put on clothes and then took off outside in an unknown direction. Officer Holsopple and Officer Scherer arrived in the area and began looking for him. While we were looking dispatch advised officers that they received a call from 1019 Abington that the suspect was there and was in their vehicle in the driveway. On the way to 1019 Abington, Officer Scherer was flagged down by another resident on Abington that the suspect had also tried to steal their vehicle. That is still under investigation. Upon officers arrival at 1019 Abington, Chester A. Clark III came running to the end of the driveway yelling, "he's trying to steal our jeep." When officers approached the Jeep, there were four total people holding the door shut to keep the suspect in the vehicle. Officers moved them out of the way. The suspect was in the car flailing around screaming, making no sense at all. He attempted to try to climb out the window, but then just grabbed onto the steering wheel almost like he was trying to rip it off, still screaming. We opened the door to extract him from the vehicle and he immediately started to fight and resist with both officers. We were able to get him out of the vehicle, onto the ground, onto his stomach. One of his arms was completely underneath his body, while he continued to fight with officers. He was fighting, kicking, and yelling, and was not listening to any verbal commands that were being given by both officers on the scene. Officer Holsopple said "we should try to get the cuffs on him." At that time, Officer Scherer was able to get one cuff on his left wrist, but he was still resisting and fighting with what seemed to be extreme human strength and power which was highly unusual in both officers experiences. Officer Holsopple attempted to get his right arm free when the suspect lifted (arched) up, turned his head and bit Officer Scherer's left front calf (leg). Officer Scherer advised Officer Holsopple that the suspect was biting him. Officer Scherer pulled his leg out of his mouth, while he was still fighting. He turned sideways and then layed back down. Officer Scherer then struck the suspect in the left common peronial to gain compliance. Officer Holsopple again tried to get his arm, however it was now right next to his face, and that would have been impossible without also getting bit. Officer Scherer then informed Officer Holsopple that he was going to deploy the Taser, at which time, Officer Holsopple moved away a little bit to the side to get ahold of his arm. Officers lifted up his shirt then Officer Scherer deployed the Taser. The darts struck him in the middle of the back and were about three inches apart from each other. Officer Scherer also put the taser on his right thigh as a drive stun manuever to make a good connection. At this time, Officer Scherer advised dispatch that there was a Taser deployment and to send the fire department. The suspect raised up, his arm swung out, and Officer Holsopple was able to secure his other wrist in the cuff. Right after the Taser shut off and he was cuffed he was still fighting, kicking, and squirming around. This was when Sgt. Denise Moore was also on scene. He was still out of control, trying to turn on his side. He was again given verbal commands to stop fighting and to stop resisting and he didn't so after he raised up again, Officer Scherer cycled the Taser again, but this time, it had no effect. Sgt. Moore even asked if the probes weren't connected because it had no effect on the suspect. The suspect would lay there for a few seconds but then would continue to fight and struggle to get up. Officers were restraining him from hurting himself and getting up by holding him down. Officer Scherer had his foot on his left leg to try to keep him from kicking us. Officer Holsopple was on his knees beside him, on the ground, and the officer was holding one hand that was cuffed and his other hand was holding down his right leg to also prevent him from kicking. Sgt. Moore had her right foot on his left shoulder blade to keep him from arching up and turning his head to bite anyone. He continued to struggle and try to get up for several minutes. When he stopped trying to get up, Officers |

OFFICER: Sgt. Moore 134 / Ofc. Scherer 152 / Ofc. Holsopple 154   DATE: 09-08-15   TIME: 2030
CHECKED BY: Smith #121   DATE: 09-08-15

# SPRINGFIELD TOWNSHIP POLICE DEPARTMENT
## INVESTIGATIVE NOTES

**REPORT:**

| EVENT DATE | NOTES |
|---|---|
| continued | PAGE 2:<br>started rubbing his back asking if hes okay trying to get a response from him. When he wasn't responding, Officers rolled him over on his back. Sgt. Moore did a sternum rub with no response. Officer Scherer checked for a pulse in his neck, it was strong and fast, but he was still unresponsive and his eyes were rolled back into his head. Officer Scherer again tried to do a sternum rub, with no response. Sgt. Moore noticed that his chest was rising and falling to indicate he was still breathing. Officer Holsopple held his head making sure his airway was open. Sgt. Moore then got on the air to request the fire department step it up because he was unresponsive. Officers could tell that the suspect had debris in his mouth, and in fear of choking, officers rolled him on his side. All the while Officer Scherer was making sure he had a pulse. His pulse continued to get weaker. As EMS pulled up on the scene, Officer Scherer stated that he no longer felt a pulse. Sgt. Moore also stated that his chest was no longer rising and falling. EMS came up the driveway to the suspect. At this point, Officers were already taking his handcuffs off. Paramedics immediately started CPR when we told them his condition. They were giving him chest compressions. They asked that we take his jacket/hoodie off of him. When we couldn't get it off, EMS helped us cut it off of him. All the while still giving chest compressions. EMS loaded him up on the stretcher and loaded him into the squad still attempting life saving measures. He was transported to City Hospital. Officer Scherer rode with the EMS, since his bite wound would need to be treated anyhow and so we could keep EMS informed of any information on what drugs he had ingested on the way down. Sgt. Moore cleared Abington and went over to 909 Milowhite to speak with the suspects mother and girlfriend. Officer Linaburg was already over there speaking with them at this time and securing that scene, since it started there. While Officer Scherer was in the squad Sgt. Moore was advising him what possible drugs he had taken within the last several days according to his mother and his girlfriend. They were saying that he had done methamphetamine, Methadone, Special K, and Trazadone within the last three days. They said that he also hasn't slept in three days since he first did the methamphetamine. While in the squad, Officer Scherer was being informed that they administered two rounds of Narcan and two rounds of epi, however, he did not have a shockable rhythm in the squad, so they continued to do CPR and bagging him the entire way down. They were unable to find a pulse that we are aware of in the squad. He was transported to Akron City Hospital where they continued life saving measures. Officer Holsopple remained on Abington to secure the scene and called for Detective Blasdel to process the scene. While there, Officer Holsopple obtained four written statements from the witnesses at the house where this all took place. Blasdel took photos and collected the Taser evidence and shirt that were on the scene. After Blasdel cleared Abington, he went to Milowhite to process the suspects house. Officer Linaburg escorted the suspects mother and his girlfriend to the police department so they could speak to Detective Lombardi who interviewed them. Later, Officer Holsopple came back to the office and obtained written statements from the suspects mother and girlfriend. While finishing paperwork at the office, Officer Scherer received a call from Akron City Hospital. The suspects blood had been drawn and tested and came back positive for Hepatitis C and that Scherer would need further testing and monitoring for the possible transmission of the infectious disease. Detective Lombardi is assigned to follow up on this case including obtaining subpeona and following up on the status of the suspects health. Det. Lombardi also spoke to other witnesses on the street who saw the suspects erratic behavior and saw him attempt to enter other vehicles on the street that happened to be locked at the time. He will be adding their information to the report after they finish their written statements that were dropped off to them |

OFFICER: _____  DATE: 09-08-15  TIME: 2130

CHECKED BY: _Smith  #121_  DATE: _09-08-15_

# SPRINGFIELD TOWNSHIP POLICE DEPARTMENT
## INVESTIGATIVE NOTES

REPORT: 15-2772

| EVENT DATE | NOTES |
|---|---|
| 9-8-15 | There were several injuries we noticed on the suspect during our interaction with him that we did not cause in this situation including:<br><br>his head was bleeding in the forehead area<br>scrapes, scratches and bruising around his waist<br>he was cut and had blood on his right ankle<br>there was blood on one of his toes<br><br>The only injuries he sustained from our interaction with him were his knees had some minor scratches on them from him kicking around in the gravel driveway. He also had two marks on his back from the Taser probes from the deployment.<br><br>**The suspect also did not have any shoes on |

OFFICER: _____ DATE: 9-8-15   TIME: 2200
CHECKED BY: Smith _____ DATE: 09-08-15