**Springfield Township Police Department**
**INTER-OFFICE MEMO**

EXHIBIT 6

**To:** ALL OFFICERS

**From:** CHIEF JOHN SMITH

**Subject:** EXCITED DELIRIUM

**Date:** 03/16/09

### *DIRECTIVE*

ANY OFFICER WHO ENCOUNTERS A PERSON WHO EXHIBITS ANY WARNING SIGNS OF "EXCITED DELIRIUM", SHALL IMMEDIATELY SUMMON EMS AND HAVE THEM RESPOND TO A NEARBY STAGING AREA, SUMMON FOR ADDITIONAL POLICE BACKUP, MAKE ANY AND ALL ATTEMPTS TO TAKE CONTROL OF THE SUBJECT FOR MEDICAL ASSESSMENT.

WE UNDERSTAND THAT THE SUBJECT MAY HAVE EXTREME STRENGTH AND ENDURANCE AND WILL NEED TO BE RESTRAINED. IT WILL BE OUR DIRECTIVE NOT TO LEAVE THE SUBJECT LAYING IN A "FACE DOWN PRONE POSITION". WE WILL ASSIST EMS AS DIRECTED AND UNDERSTAND WE MAY NEED TO SEND OFFICERS WITH THEM TO THE HOSPITAL. IT WILL BE OUR DIRECTIVE UNDER <u>NO CIRCUMSTANCE WILL WE TRANSPORT A SUBJECT WHO IS EXHIBITING ANY OF THE SIGNS OF "EXCITED DELIRIUM" EITHER TO OUR POLICE STATION, HOSPITAL, OR MENTAL HEALTH FACILITY.</u> *ONLY EMS PERSONNEL WILL TRANSPORT SUBJECT.*

WE UNDERSTAND THAT WE WILL FOLLOW THESE STEPS WITH ONLY THE REASONABLE AMOUNT OF FORCE NECESSARY FOR THE HEALTH AND WELFARE OF OUR OFFICERS, THE PUBLIC, AND THE SUBJECT.

CHIEF JOHN A. SMITH

*[signature]*