EXHIBIT 7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | ) CASE NO. 5:16CV2331 )  ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS ) |
| vs. | ) ) |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | ) **DECLARATION OF MICHAEL A. HILL** ) ) |
| Defendants. | ) |

Pursuant to 28 U.S.C.§ 1746, I, Michael A. Hill, hereby declare as follows based upon my personal knowledge:

1. I am an adult over the age of 18 years.

2. I am counsel of record in the case captioned *Haydn Zeis, Administrator of the Estate of Jordn Lukas Miller, deceased, v. Springfield Twp., Ohio, et al.*, Case No. 5:16CV2331 pending in the United States District Court for the Northern District of Ohio ("the Miller case").

3. Exhibit 1 is an audio file of a 911 call made on September 8, 2015 by Wendy Tomblin, the mother of Jordn Miller. The audio file was produced by Defendants as part of discovery in the Miller case. Ms. Tomblin has authenticated this audio recording. See the Declaration of Wendy Tomblin, attached as Exhibit 3. The audio recording is being manually filed with the clerk's office. A link is embedded in the brief as well.

4. Exhibit 2 is a transcript of a 911 call made on September 8, 2015 by Wendy Tomblin, the mother of Jordn Miller. Ms. Tomblin has verified the accuracy of the transcript. See Declaration of Wendy Tomblin, attached as Exhibit 3.

1

5. <u>Exhibit 3</u> is the declaration of Wendy Tomblin.

6. <u>Exhibit 4</u> is the transcript of a 911 call from September 8, 2015 reporting that Jordn Miller was at 1019 Abbington Drive. The original audio file was provided by Defendants' as part of discovery in this matter. The transcription at Exhibit 4 is a true and accurate copy of that audio file.

7. <u>Exhibit 5</u> is a true and accurate copy of the sworn statement jointly made and signed by Defendants Robert Scherer, Joseph Holsopple, and Denise Moore. The authenticity of Exhibit 5 was confirmed in the depositions of Robert Scherer, Joseph Holsopple, and Denise Moore.

8. <u>Exhibit 6</u> is a true and accurate copy of the Excited Delirium policy in effect as of September 2015. Exhibit 6 was produced by Defendants during discovery, and the authenticity of Exhibit 6 was confirmed in the depositions of Robert Scherer, Joseph Holsopple, Denise Moore, David Hoover, and John Smith.

Executed on this 17th day of July 2017.

*s/ Michael A. Hill*
Michael A. Hill