EXHIBIT

8

# In The Matter Of:

*Haydn Zeis, Administrator of the Estate of Jordn Miller v. Springfield Township, Ohio, et al.*

*Chief David Hoover*
*March 17, 2017*

*Layne & Associates*
*6723 Cooperstone Drive*
*Dublin, Ohio  43017*
*(614) 309-1669*
*WhitneyLayne@att.net*



Layne & Associates
Reporters Without Borders

Original File 031716-Hoover.txt
**Min-U-Script® with Word Index**

```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                          - - -

 4   HAYDN ZEIS,                 :
     ADMINISTRATOR OF THE        :
 5   ESTATE OF JORDN MILLER,     :
                                 :
 6        PLAINTIFF,             :
                                 :
 7        vs.                    : CASE NO. 5:16-CV-02331-JRA
                                 :
 8   SPRINGFIELD TWP., OHIO,     :
     ET AL.,                     :
 9                               :
          DEFENDANTS.            :
10

11                          - - -

12            DEPOSITION OF DAVID W. HOOVER

13                          - - -

14              Friday, March 17, 2017

15                 at 12:20 p.m.

16                          - - -

17   Taken at:  Springfield Township Police Department
                2465 Canfield Road
18              Akron, Ohio  44312

19                          - - -

20

21

22   REPORTED BY:  CAROL A. KIRK, RPR/RMR/CSR

23

24
```

**Layne & Associates**
**(614) 309-1669**

```
                                                                    2
 1              DEPOSITION OF DAVID W. HOOVER

 2                       APPEARANCES

 3                         - - -

 4   On behalf of the Plaintiffs:

 5         MICHAEL A. HILL, ESQUIRE
           EADIE HILL TRIAL LAWYERS
 6         3100 East 45th Street, Suite 218
           Cleveland, Ohio  44127
 7         216-777-8856
           michael.hill@eadiehill.com
 8

 9   On behalf of the Defendants:

10         MEL L. LUTE, JR., ESQUIRE
           BAKER DUBLIKAR BECK WILEY & MATHEWS
11         400 South Main Street
           North Canton, Ohio  44720
12         330-499-6000
           beck@bakerfirm.com
13         lute@bakerfirm.com

14

15                         - - -

16

17

18

19

20

21

22

23

24
```

```
                                                                    3

 1                                    Friday Afternoon Session
                                      March 17, 2017
 2                                    12:20 p.m.

 3                          - - -

 4                       STIPULATIONS

 5           It is stipulated by and between counsel for

 6   the respective parties that the deposition of DAVID W.

 7   HOOVER, a witness herein, called by the Plaintiff under

 8   the applicable Federal Rules of Civil Procedure, may be

 9   taken at this time in stenotype by the Notary, pursuant

10   to notice; that said deposition may thereafter be

11   transcribed by the Notary out of the presence of the

12   witness; that proof of the official character and

13   qualification of the Notary is waived; that the witness

14   may sign the transcript of his deposition before a

15   Notary other than the Notary taking his deposition; said

16   deposition to have the same force and effect as though

17   signed before the Notary taking it.

18                          - - -

19

20

21

22

23

24
```

Chief David Hoover - March 17, 2017

25

1  A.   To my knowledge, yes.
2  Q.   And you've never undertaken to change the
3  language?
4  A.   No.
5  Q.   All the officers I've spoken to so far have
6  said that that directive for them has the force of
7  policy, fair?
8  A.   Yes.
9  Q.   They're to carry out that policy to the letter
10  of the policy, true?
11      MR. LUTE:  Objection.
12      Go ahead.
13  A.   Yes.
14  Q.   The Richard Holcomb incident -- and, again, I
15  apologize, because I don't know much about it, except
16  for what I've heard this week.  But as the chief, I
17  think you probably have a better memory of it than some
18  others.  Can you tell me just what you understand to
19  have taken place in the Richard Holcomb incident?  And
20  I'm not talking about the lawsuit.  I mean in terms of
21  what happened with officers on the scene.
22      MR. LUTE:  Objection.
23      Go ahead.
24  A.   There was a female officer, Kristina Albrecht,

```
 1                          CERTIFICATE
 2    STATE OF OHIO        :
                                      SS:
 3    COUNTY OF FRANKLIN   :
 4
              I, Carol A. Kirk, a Registered Merit Reporter
 5    and Notary Public in and for the State of Ohio, duly
      commissioned and qualified, do hereby certify that the
 6    within-named DAVID W. HOOVER was by me first duly sworn
      to testify to the truth, the whole truth, and nothing
 7    but the truth in the cause aforesaid; that the
      deposition then given by him was by me reduced to
 8    stenotype in the presence of said witness; that the
      foregoing is a true and correct transcript of the
 9    deposition so given by him; that the deposition was
      taken at the time and place in the caption specified and
10    was completed without adjournment; and that I am in no
      way related to or employed by any attorney or party
11    hereto or financially interested in the action; and I am
      not, nor is the court reporting firm with which I am
12    affiliated, under a contract as defined in Civil Rule
      28(D).
13
              IN WITNESS WHEREOF, I have hereunto set my
14    hand and affixed my seal of office at Columbus, Ohio on
      this 30th day of March 2017.
15

16

17                                  [signature: Carol A. Kirk]

18                             _____
                               CAROL A. KIRK, RMR
19                             NOTARY PUBLIC - STATE OF OHIO

20    My Commission Expires:  April 8, 2017.

21                                 - - -

22

23

24
```