EXHIBIT
13

```
         IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION


HAYDN ZEIS, Administrator of the Estate of
JORDN MILLER,

          Plaintiff,

     vs.            CASE NO. 5:16-cv-02331-JRA
                    JUDGE ADAMS


SPRINGFIELD TWP., OHIO, et al.,

          Defendants.


                      - - - -
```

Deposition of SHAWN DEWOLF, taken as if upon cross-examination before Lisa M. Wright, a Notary Public within and for the State of Ohio, at the Springfield Township Police Department 2465, Canfield Road, Akron, Ohio, at 10:00 a.m. on Wednesday, May 31, 2017, pursuant to notice and/or stipulations of counsel, on behalf of the Plaintiff in this cause.

                      - - - -

```
            WARE REPORTING SERVICE, LLC
                21860 CROSSBEAM LANE
               ROCKY RIVER, OHIO 44116
           216.533.7606   FAX 440.333.0745
```

```
 1       APPEARANCES:

 2        Michael A. Hill, Esq
          Eadie Hill
 3        3100 East 45th Street, Suite 218
          Cleveland, Ohio 44127
 4        216-777-8856
          Michael.hill@eadiehill.com
 5
                On behalf of the Plaintiff;
 6
          Gregory A. Beck, Esq.
 7        Baker, Dublikar, Beck, Wiley & Matthews
          400 South Main Street
 8        North Canton, Ohio  44720
          330-470-7780
 9        Beck@bakerfirm.com

10              On behalf of the Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

EXHIBIT INDEX

2      EXHIBIT           DESCRIPTION                  PAGE

3

       EXHIBIT 20        RUN REPORT                   9
4

       EXHIBIT 3         EXCITED DELIRIUM             10
5                        PROTOCOL

6      EXHIBIT 18        NINE PHOTOS                  48

7      EXHIBIT 21        AKRON CITY HOSPITAL          96
                         CALL SHEET
8

       EXHIBIT 22        AKRON CITY HOSPITAL          103
9                        HOSPITAL RECORDS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 So, yes, sometimes we don't have that
2 information. Actually, probably most of the time
3 we don't have that information of what is making
4 him, him or her, act that way. We just see that
5 they're acting that way, and it doesn't fit how
6 they normally do per bystanders or family, or if
7 anybody knows who this person -- like they dealt
8 with them before.
9 Q. So if you see a person, or you get a report that a
10 person is acting in a manner that fits this
11 agitated behavior profile and they're not calming
12 down, one of the options then is to medicate this
13 person with a sedative so that they don't continue
14 to struggle, wrestle, do things like that; is that
15 fair?
16 A. Yes.
17 Q. Okay. You talked about sedative, a sedative
18 medication that you have available?
19 A. Yes.
20 Q. What medication do you have available at
21 Springfield Township for this, for calming a person
22 with this kind of agitated state?
23 A. We have ketamine, k-e-t-a-m-i-n-e.
24 Q. And ketamine is really, kind of has become kind of
25 the gold standard drug for responding to excited

```
 1        delirium, fair?
 2    A.  It is, yes.
 3    Q.  And ketamine, if I understand it, is actually an
 4        anesthetic?
 5    A.  Yes, it has those properties.
 6    Q.  Okay.
 7    A.  They do use it in animals for surgical procedures
 8        when it's neutering or spraying they do.
 9    Q.  Okay.  And tell me what is the -- how do you
10        administer ketamine?  Is it intramuscular
11        injection?
12    A.  Yes.
13    Q.  And for intramuscular injection do you just try to
14        get into a large piece of tissue?
15    A.  The bigger the better.  But the more appropriate
16        place is probably going to be a shoulder just
17        because of access.
18    Q.  Okay.  And can you give me an idea -- we don't have
19        this on video, but just an idea of kind of like the
20        needle, how big it is, what it looks like?
21    A.  The syringe is, I don't know, three inches or so.
22        The needle is about an inch and a half.
23    Q.  Okay.  And then you say you put it in a shoulder.
24        Is it the back of the shoulder?
25    A.  The deltoid here.
```

```
1         specific like that?
2    A.   Nothing specific as far as their location.
3    Q.   Okay.  Just that there were three officers near his
4         body?
5    A.   I'm not even positive if there, what the count was.
6    Q.   Okay.
7    A.   I don't know that.
8    Q.   Okay.  Do you remember anything about Jordn's
9         position, supine, prone, on his side?
10   A.   Face down and handcuffed.
11   Q.   Okay.
12   A.   So that would be with the arms, you know,
13        handcuffed behind him.
14   Q.   Right.  And then when you arrived, did you or one
15        of your colleagues roll Jordn over onto his back or
16        side?
17   A.   Yes.
18   Q.   Did you have to remove, someone have to remove, the
19        handcuffs first?
20   A.   We did remove the cuffs, yeah.  Between us rolling
21        him over and then the officers unlocking the cuffs,
22        yes.
23   Q.   Okay.
24   A.   And that is indicated on my report.
25   Q.   And then in terms of removing the sweatshirt,
```

C E R T I F I C A T E

State of Ohio,       )
                     ) SS:
County of Cuyahoga.  )

    I, Lisa M. Wright, a Notary Public in and for the state of Ohio, do hereby certify that the within-named witness, SHAWN DEWOLF, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given was by me reduced to stenotypy in the presence of said witness, afterwards transcribed by means of computer-aided transcription, and that the foregoing is a true and correct transcript of the testimony so given as aforesaid.

    I do further certify that this deposition was taken at the time and place as specified in the foregoing caption, and that I am not a relative, counsel, or attorney of either party, that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28 (D), or otherwise interested in the outcome of this action.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this day, June 19, 2017.

*Lisa M. Wright*
_____
Lisa M. Wright, Ware Reporting Service, LLC
21860 Crossbeam Lane, Rocky River, OH  44116
My commission expires September 14, 2020.