EXHIBIT
14

# In The Matter Of:

*Haydn Zeis, Administrator of the Estate of Jordn Miller v. Springfield Township, Ohio, et al.*

*Sergeant Tera Denise Moore*
*March 20, 2017*

*Layne & Associates*
*6723 Cooperstone Drive*
*Dublin, Ohio 43017*
*(614) 309-1669*
*WhitneyLayne@att.net*



Original File 03-20-2017 TMoore Final.txt
**Min-U-Script® with Word Index**

```
                                                                    1

 1         IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3

 4   Haydn Zeis, Administrator of
     the Estate of Jordn Miller,
 5       Plaintiff,

 6
          vs.
 7                         Case No. 5:16-CV-02331-JRA

 8   Springfield Township, Ohio,
     et al.,
 9       Defendants

10
                            - - -
11

12
      VIDEO DEPOSITION OF SERGEANT TERA DENISE MOORE
13   the Defendant herein, called by the Plaintiff
     under the applicable Rules of Civil Procedure,
14   taken before me, Whitney Layne, a Notary Public
     for the State of Ohio, at the Springfield Township
15   Police Department, 2465 Canfield Road, Akron, Ohio
     44312 on March 20, 2017 at 1:00 p.m.
16

17

18

19

20

21
                    LAYNE & ASSOCIATES
22               6723 COOPERSTONE DRIVE
                   DUBLIN, OHIO  43017
23

24
```

```
 1   APPEARANCES

 2

 3       MICHAEL HILL, ESQUIRE
         EADIE HILL TRIAL LAWYERS
 4       3100 East 45th Street
         Suite 218
 5       Cleveland, Ohio  44127
             on behalf of the Plaintiff
 6

 7       MEL LUTE, ESQUIRE
         BAKER DUBLIKAR BECK WILEY & MATHEWS
 8       400 South Main Street
         North Canton, Ohio  44720
 9           on behalf of the Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

3

1                           March 20, 2017
                            Monday Session
2                           1:00 p.m.

3
                              - - -
4
                           STIPULATIONS
5
        It is stipulated by and among counsel for the
6   respective parties that the deposition of TERA
    DENISE MOORE, the Defendant herein, called by the
7   Plaintiff under the applicable Rules of Civil
    Procedure, may be taken at this time by the notary
8   Whitney Layne; that said deposition may be reduced
    to writing in stenotypy by the notary, whose notes
9   thereafter may be transcribed out of the presence
    of the witness; and that the proof of the official
10  character and qualification of the notary is
    waived.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Sergeant Tera Denise Moore - March 20, 2017**

158

1  Q  Have you had any Taser uses or
2  electrical conducted weapon uses?
3  A  Yes.
4  Q  Since you've had the body camera?
5  A  Since the body camera?  I don't remember
6  if it's since the body camera.  I don't believe
7  so.
8  Q  And I'm going to ask you a question that
9  I've asked everybody, okay, as police officers.
10  How tall are you?
11  A  Oh, five four and a half.
12  Q  How much do you weigh?
13  A  Oh, no, you didn't.
14  MR. LUTE:  That's why he prefaced it the
15  way he did.
16  BY MR. HILL:
17  Q  That's right.  I have got to be careful.
18  A  Do you know what?  When I go to the
19  doctor -- and I just went last week, as I told
20  you -- I turn around, and I literally face the
21  opposite direction.  So the last time I checked --
22  Q  Let's do it this way.  Nothing about how
23  much you weigh now.  How much did you weigh back
24  on September 8th, 2015?

Sergeant Tera Denise Moore - March 20, 2017

159

```
 1      A    Oh, my gosh.  I don't know.  Like maybe
 2   175.
 3      Q    Okay.
 4      A    I'm going to guess.
 5      Q    Okay.  And were you wearing body armor
 6   on September 8th, 2015?
 7      A    No.
 8      Q    Were you wearing a belt with all your
 9   gear?
10      A    Yes.
11      Q    And Officer Scherer told me those can be
12   pretty heavy, like 15 pounds?
13      A    Maybe.
14      Q    Is that about how much you expect them
15   to weigh?
16      A    I wouldn't have thought -- yeah, between
17   ten and 15 maybe.  I never find it heavy like
18   everybody else, so I don't know.
19      Q    Do you work out?
20      A    Yeah, I do.
21      Q    What do you do to work out?
22      A    I actually just started working out
23   again, I just want to say.  I do now.  I didn't
24   back then.  Since I had twins, I didn't work out
```

Layne & Associates
(614) 309-1669

333

1                        CERTIFICATE

2  State of Ohio     :

3  County of Franklin:

4         I, Whitney Layne, Notary Public in and for the

5  State of Ohio, duly commissioned and qualified, certify

6  that the within-named TERA DENISE MOORE was by me duly

7  sworn to testify to the whole truth in the cause

8  aforesaid; that the testimony was taken down by me in

9  stenotype in the presence of said witness; afterwards

10 transcribed upon a computer; that the foregoing is a true

11 and correct transcript of the testimony given by said

12 witness taken at the time and place in the foregoing

13 caption specified.

14        IN WITNESS WHEREOF, I have set my hand and

15 affixed my seal of office at Dublin, Ohio, on this 3rd day

16 of April, 2017.

17

18                       _____

19

20                       Whitney Layne

21                       Notary Public - State of Ohio

22 My Commission Expires:  May 4, 2020.

23                          - - -

24