EXHIBIT

15

# In The Matter Of:

*Haydn Zeis, Administrator of the Estate of Jordn Miller v. Springfield Township, Ohio, et al.*

*Carl Blasdel*
*March 20, 2017*

*Layne & Associates*
*6723 Cooperstone Drive*
*Dublin, Ohio  43017*
*(614) 309-1669*
*WhitneyLayne@att.net*



Original File 03-20-2017 Blasdel.txt
**Min-U-Script® with Word Index**

```
                                                                 1

 1         IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3

 4   Haydn Zeis, Administrator of
     the Estate of Jordn Miller,
 5      Plaintiff,

 6
          vs.
 7                        Case No. 5:16-CV-02331-JRA

 8   Springfield Township, Ohio,
     et al.,
 9      Defendants

10
                              - - -
11

12
            VIDEO DEPOSITION OF CARL BLASDEL
13   the Defendant herein, called by the Plaintiff
     under the applicable Rules of Civil Procedure,
14   taken before me, Whitney Layne, a Notary Public
     for the State of Ohio, at the Springfield Township
15   Police Department, 2465 Canfield Road, Akron, Ohio
     44312 on March 20, 2017 at 8:30 a.m.
16

17

18

19

20

21
                     LAYNE & ASSOCIATES
22                 6723 COOPERSTONE DRIVE
                     DUBLIN, OHIO  43017
23

24
```

```
                                                                    2

 1    APPEARANCES

 2

 3        MICHAEL HILL, ESQUIRE
          EADIE HILL TRIAL LAWYERS
 4        3100 East 45th Street
          Suite 218
 5        Cleveland, Ohio  44127
                on behalf of the Plaintiff
 6

 7        GREGORY BECK, ESQUIRE
          MEL LUTE, ESQUIRE
 8        BAKER DUBLIKAR BECK WILEY & MATHEWS
          400 South Main Street
 9        North Canton, Ohio  44720
                on behalf of the Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
                                                                    3
 1                                       March 20, 2017
                                         Monday Session
 2                                       8:30 a.m.

 3
                              - - -
 4
                          STIPULATIONS
 5
       It is stipulated by and among counsel for the
 6  respective parties that the deposition of CARL
    BLASDEL, the Defendant herein, called by the
 7  Plaintiff under the applicable Rules of Civil
    Procedure, may be taken at this time by the notary
 8  Whitney Layne; that said deposition may be reduced
    to writing in stenotypy by the notary, whose notes
 9  thereafter may be transcribed out of the presence
    of the witness; and that the proof of the official
10  character and qualification of the notary is
    waived.
11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

4

1              EXAMINATION INDEX

2

  CARL BLASDEL
3     BY MR. HILL . . . . . . . . . . . . . .   Page 5

4

5
                   EXHIBIT INDEX
6

7  Exhibit                                       Marked

8   17    Springfield Township Police           Page 20
          Department Property or Evidence
9         Report dated 9/8/15

10  18    Nine Photographs                       Page 32

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1      Q    Okay.
 2      A    The black Ford right here.
 3      Q    Can you just hold that up so we can see
 4   it on the camera?
 5      A    (Complies with request).
 6      Q    So you're looking at a black -- it looks
 7   like a Crown Victoria?
 8      A    A Crown Victoria.
 9      Q    Okay.
10      A    Used to be a police car but now it's a
11   detective car.
12      Q    Is that when you parked when you pulled
13   into the driveway?
14      A    Yes, sir.
15      Q    When you pulled into the driveway, was
16   EMS still there, the ambulance?
17      A    I didn't see them.
18      Q    When you pulled into the driveway, was
19   Officer Holsopple still there?
20      A    Yes, he was.
21      Q    Did you have any conversations with
22   Officer Holsopple?
23      A    Yes, I did.
24      Q    Can you tell me where Officer Holsopple
```

Carl Blasdel - March 20, 2017

34

1  was when you first saw him?
2       A    He was somewhere in the driveway.
3  That's all I remember.  And I was trying to gather
4  what was -- what transpired.
5       Q    Was Sergeant Moore there at that time?
6       A    No.
7       Q    Was Sergeant Scherer there at that time?
8       A    Officer Scherer.  I don't remember
9  seeing him at this address, no.
10      Q    Do you remember what Officer Holsopple
11 was doing when you first saw him?
12      A    No.  I think he was making notes.  I
13 don't really remember.  I know he had a pen and a
14 tablet out.  That's what I remember.
15      Q    And when you say "a pen and a tablet,"
16 is that tablet just like a regular kind of police
17 officer's handwritten log?
18      A    Yeah, something to probably make notes
19 on.
20      Q    It's a notepad?
21      A    Yeah.
22      Q    Have you ever seen that notepad?
23      A    No.  Not his, no.
24      Q    When you spoke to Officer Holsopple,

1  what did he tell you?
2      A    He gave me -- he gave me a little bit of
3  information that the suspect was found sitting in
4  the car, they tried to remove him out, and he
5  became combative and struggled, and he was tased.
6      Q    Anything else he said?
7      A    That's it.
8      Q    Did he say anything to you about
9  anything Mr. Jordn Miller said?
10     A    No.
11     Q    Did he say to you anything about --
12  anything specific about what Jordn Miller did?
13     A    Other than he tried to steal a car, I
14  don't remember of anything else.
15     Q    Did he say anything specific about how
16  Jordn Miller was combative?
17     A    No, I didn't -- just --
18         (Discussion held off the record.)
19  BY MR. HILL:
20     Q    It sounds like this was a pretty brief
21  conversation with Officer Holsopple?
22     A    Basically, yeah.  I was just gathering,
23  you know, general information what happened here.
24     Q    Had you spoken to Chief Smith at this

Carl Blasdel - March 20, 2017

38

1  Q    And did someone tell you to photograph
2  that Jeep?
3  A    No, I did it on my own.
4  Q    And at the time you're photographing the
5  Jeep, has anyone told you, other than your very
6  brief conversation with Officer Holsopple, has
7  anyone told you what happened in the Jeep?
8  A    Other than that he was in the Jeep and
9  tried to steal it, that's all I -- that's what I
10 remember.
11 Q    And that's fine.  I just want to make
12 sure before we move on that at the time that
13 you're photographing the Jeep on September 8th,
14 2015, the information that you were provided was
15 limited, in terms of Jordn Miller being in the
16 Jeep, was limited to he tried to steal the Jeep.
17 Is that fair?
18 A    Yeah, that's fair.
19 Q    And that's from all sources of
20 information you had around you, including Officer
21 Holsopple and any witnesses who were at the scene?
22 A    Correct.
23 Q    There appears to be a shirt behind the
24 Jeep in the driveway; is that fair?

Carl Blasdel - March 20, 2017

39

1  A  Yeah.  There's two articles of clothing
2  here.  It looks like two.  I don't know if it's
3  one or two.  But yes, there's -- it looks like
4  it's camouflage.  I remember that.
5  Q  Were those -- and the articles of
6  clothing there -- and you can flip through those
7  photographs to get a better view of some of the
8  clothing there -- but is that a -- the two
9  articles of clothing, do they have an identical
10 camouflage pattern, it appears?
11 A  They're both the same, yes.
12 Q  Were those articles of clothing in that
13 exact location when you arrived on the scene?
14 A  Yes.  Yes, they -- I was told that they
15 were cut off of the suspect, done by the
16 paramedics, as I was questioning Holsopple about
17 where they came from.  And that's what he told me.
18 Q  And you did not move any of the items at
19 the scene?
20 A  Not until after I photographed them,
21 right.
22 Q  So what we have there, the pictures and
23 the photographs in Exhibit 18 of the camouflaged
24 clothing, that's exactly where they lay when you

Carl Blasdel - March 20, 2017

42

1  Abington where the Jeep was located?
2       A    Yes.
3       Q    And had you believed -- well, let me
4  take a step back.
5            Do you try to -- in terms of taking
6  property or evidence, are you attempting to gather
7  evidence of a crime potentially?
8       A    Yes.
9       Q    In terms of 1019 Abington, if you had
10 believed that any items within the Jeep had been
11 used in the commission of a crime, would you have
12 taken those as evidence as well?
13           MR. LUTE:  Objection.
14           Go ahead.
15      A    Yes.
16  BY MR. HILL:
17      Q    When you were at 1019 Abington on
18 September 8th, 2015, I know that you spoke to
19 Officer Holsopple.
20      A    Uh-huh.
21      Q    Did you interview any of the witnesses,
22 other than Officer Holsopple, on September 8th,
23 2015 at 1019 Abington?
24      A    I might have talked to the homeowners

Carl Blasdel - March 20, 2017

43

1  there, yes.
2      Q    Do you have a memory of speaking to
3  them?
4      A    Yes. Vaguely, I do, yes. Just some
5  information about the car.
6      Q    And when you say you have a memory of
7  speaking to them, is this kind of one of those
8  situations where you remember it happening, but
9  you can't remember what was discussed?
10     A    Correct.
11     Q    Is that the reason that you take
12 photographs like you did, to help later on in
13 terms of memory of the events?
14     A    Yes.
15     Q    Is that the same thing for when you take
16 notes, those handwritten notes, is it so you can
17 remember what happened later on?
18     A    Yes.
19     Q    If you had interviewed those witnesses
20 on -- at 1019 Abington on September 8th, 2015,
21 would you have jotted down in your notes any
22 important things that they might have said?
23     A    If I -- yes. If it had some importance,
24 yes.

45

1 over the radio, some conversation between where --
2 between that address and 1019, yes.
3    Q    And do you remember what -- this
4 communication with Sergeant Moore that directed
5 you to go to 909 Milo White Drive, do you remember
6 anything about this communication between the two
7 of you?
8    A    She just asked me to come there, that
9 that's where the suspect was living at with his
10 mother and girlfriend.  And that's the information
11 I had.  And they wanted me to come to there for an
12 investigation, also.
13    Q    And when you say "the suspect," you're
14 referring to Jordn Miller; correct?
15    A    Yes, I am.
16    Q    When you say "suspect," what was he
17 suspected of doing, stealing a car?
18    A    At that point that's all I had, yes.
19    Q    And you're relying on all of the
20 information from the witnesses at the scene as
21 well as from your fellow officers here at
22 Springfield Township?
23    A    Yes.
24    Q    My understanding is the drive from 1019

Carl Blasdel - March 20, 2017

64

1  spoken to her again for any reason?
2      A    No, I have not.
3      Q    Have you ever seen her since?
4      A    No, I have not.
5      Q    How about for Amanda?
6      A    No, I have not.
7      Q    Never seen her?
8      A    No.
9      Q    Haven't spoken to her since?
10     A    Nope.
11     Q    Did you photograph any of the officers
12  involved in this case, Officer Scherer, Holsopple
13  or Moore, at any time?
14     A    The only officer I had in my photos was
15  Officer Holsopple at the house.  1019.  That's the
16  only one.
17     Q    Okay.  And is he this in those pictures
18  there?
19     A    He's in this picture here, yes.
20     Q    18-1?
21     A    Yeah, 18-1.  I don't think he's in any
22  of the other ones.  Yes, he is also in 2.  Let's
23  see.  Those are the only two that I see him in and
24  the only officer that I see at the scene.

1                    CERTIFICATE
2    State of Ohio      :
3    County of Franklin:
4           I, Whitney Layne, Notary Public in and for
5    the State of Ohio, duly commissioned and
6    qualified, certify that the within-named CARL
7    BLASDEL was by me duly sworn to testify to the
8    whole truth in the cause aforesaid; that the
9    testimony was taken down by me in stenotype in the
10   presence of said witness; afterwards transcribed
11   upon a computer; that the foregoing is a true and
12   correct transcript of the testimony given by said
13   witness taken at the time and place in the
14   foregoing caption specified.
15          IN WITNESS WHEREOF, I have set my hand and
16   affixed my seal of office at Dublin, Ohio, on this
17   29th day of March, 2017.
18
19
20                       _____
21                       Whitney Layne
22                       Notary Public - State of Ohio
23   My Commission Expires: May 4, 2020.
24                        - - -