EXHIBIT

17

exhibitsticker.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | ) ) ) | CASE NO. 5:16CV2331 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | **DECLARATION OF DANIEL SPITZ,** |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | ) ) | **MD** |
| Defendants. | ) ) ) | |

I, Daniel J. Spitz, M.D., pursuant to 28 U.S.C. § 1746, declare the following is true and correct based upon my personal knowledge:

1. I am an adult person over the age of 21 years.

2. I have been retained as an expert in the case of *Zeis v. Springfield Twp. et al.*, 5:16CV2331 pending in the United States District Court for the Northern District of Ohio.

3. I am a medical doctor licensed to practice medicine in Michigan and Florida. I am board certified in Forensic, Anatomic, and Clinical Pathology. A true and accurate copy of my CV is attached as Exhibit A.

4. All of my conclusions in this matter are made to a reasonable degree of medical and scientific certainty.

5. In forming my conclusions in this matter, I have reviewed the following evidence:

   i. Death Certificate
   ii. Autopsy Report of Jordn Miller
   iii. Toxicology Report of Jordn Miller
   iv. Autopsy photographs of Jordn Miller
   v. Autopsy Investigation Documents
   vi. Questions Answered by Medical Examiner Lisa Kohler, MD
   vii. EMS Records, Springfield Twp. Fire Dept.
   viii. Akron City Hospital Records

1

    ix.    Photographs of Jordn Miller taken at Akron City Hospital
    x.    Various photographs of the scene of the events at 1019 Abbington Road, Akron, Ohio
    xi.    Various 911 calls and radio traffic from September 8, 2015
    xii.    Springfield Township Excited Delirium Policy
    xiii.    Springfield Township Use of Force Policy
    xiv.    Chief John A. Smith's Report
    xv.    Springfield Township Uniform Incident Report
    xvi.    Advanced Taser Use Report
    xvii.    Taser Download Report
    xviii.    Springfield Township Investigative Notes – Report 15-2772
    xix.    Weather report for September 8, 2015
    xx.    Springfield Township Evidence or Property Report
    xxi.    Springfield Township Taser Policy (Section 1214b.00)
    xxii.    Witness Statements
    xxiii.    Declaration of Rachel Portman
    xxiv.    Deposition Transcript, Robert Scherer
    xxv.    Deposition Transcript, Joseph Holsopple
    xxvi.    Deposition Transcript, Denise Moore
    xxvii.    Deposition Transcript, Shawn DeWolfe

6. Based on my review of the materials listed above, as well as my training, knowledge, experience, and expertise in toxicology and forensic pathology, I conclude that Jordn Miller died on September 10, 2015 from restraint asphyxiation as a result of being restrained in a prone position by law enforcement officers from the Springfield Township Police Department on September 8, 2015. A contributory condition was acute exacerbation of mental illness.

7. Based upon my review of the materials listed above, as well as my training, knowledge, experience, and expertise in toxicology and forensic pathology, the manner and method of restraint employed by Springfield Township law enforcement officers caused asphyxiating conditions resulting in Mr. Miller's death.

8. Based on my review of the available information and the circumstances surrounding Jordn Miller's death, I conclude that he died secondary to restraint asphyxiation complicated by mental illness exacerbation. Forensic analysis of the evidence in this case indicates restraint asphyxia with respiratory compromise as the primary event associated with Mr. Miller's death. The asphyxiation occurred because of compression of Mr. Miller's torso, including his upper back and neck while he was subdued in a prone position and multiple Taser applications while in a compromised mental state. The restraint occurred over an extended

period of time and resulted in impaired respiratory movements and ultimately asphyxiation. The active prone restraint occurred before, during, and after he was handcuffed behind his back and subdued.

9. In addition to restraint asphyxia, it is likely that the physical exertion associated with the prone restraint and applications of the Taser served to increase the oxygen demands of Mr. Miller and caused further exacerbation of his respiratory compromise. Miller's underlying condition puts him at greater risk of respiratory compromise when restrained in this fashion.

10. Toxicology testing conducted by the forensic toxicology lab identified methamphetamine in the urine but not in the blood. The presence of methamphetamine in the urine indicates recent use of the drug, but the lack of methamphetamine in the blood indicates that Miller was not acutely intoxicated. Thus, death due to an acute intoxication can be ruled out. It is possible that chronic use of the drug may have caused or contributed to his mental illness.

11. Had the law enforcement officers not engaged Mr. Miller in the type of restraint they did, there is no evidence to support a conclusion that Mr. Miller would have died when he did.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Executed on: August 23, 2017

s/ *Daniel J. Spitz, M.D.*
Daniel J. Spitz, M.D.

3

EXHIBIT

17-A

exhibitsticker.com

# DANIEL JOSEPH SPITZ, M.D.

## ADDRESSES

**OFFICE:**
34051 South Gratiot Avenue, Suite 202
Clinton Township, Michigan 48035
Telephone: (586) 791-6700
Telephone: (313) 806-2002 (direct)
Fax: (586) 791-6701
Email: danspitz@aol.com

**HOME:**
66 Stephens Road
Grosse Pointe Farms, Michigan 48236
Telephone: (313) 882-2920
Email: danspitz@aol.com

## PERSONAL DATA

Married with Three Children

## EDUCATION

| | |
|---|---|
| 1991 - 1995 | **Wayne State University School of Medicine**<br>Detroit, Michigan<br>Degree:  Doctor of Medicine |
| 1987 - 1991 | **Albion College**<br>Albion, Michigan<br>Degree:  Bachelor of Arts<br>Major:  Biology |
| August - December 1989 | **Tulane University**<br>New Orleans, Louisiana<br>(Semester Program) |

## POSTGRADUATE TRAINING

2000 - 2001               **Forensic Pathology Fellow, Office of the Medical Examiner**
Miami-Dade County, Florida

1996 - 2000               **Resident, Department of Pathology (Anatomic &**
**Clinical Pathology)**
**Rush Presbyterian-St. Luke's Medical Center**
Chicago, Illinois

1995 - 1996               **Surgical Internship, Department of General Surgery**
**Rush Presbyterian-St. Luke's Medical Center**
Chicago, Illinois

## BOARD CERTIFICATION

November 2001         **American Board of Pathology, Forensic Pathology**

September 2000         **American Board of Pathology, Anatomic Pathology**
**& Clinical Pathology**

September 1997         **National Board of Medical Examiners**

## ACCREDITATION

June, 2014 - Present    **Full Accreditation, National Association of Medical Examiners (NAME)**
**Macomb County Medical Examiner's Office**
Macomb County, Michigan

## CURRENT MEDICAL EXAMINER and ACADEMIC APPOINTMENTS

2012 - Present         **Chief Medical Examiner & Administrator/Director**
**Office of the Medical Examiner**
Macomb County, Michigan

2004 - 2012               **Chief Medical Examiner, Office of the Medical Examiner**
Macomb County, Michigan

2006 - Present         **Chief Medical Examiner, Office of the Medical Examiner**
St. Clair County, Michigan

2

| | |
|---|---|
| 2004 - Present | **Clinical Assistant Professor**<br>**Department of Pathology, Wayne State University School of**<br>**Medicine**<br>Detroit, Michigan |
| 2005 - Present | **Clinical Assistant Professor**<br>**Department of Fundamental and Applied Sciences, Wayne State**<br>**University**<br>Detroit, Michigan |
| 2006 - Present | **Staff Physician, Department of Pathology**<br>**Port Huron Hospital**<br>Port Huron, Michigan |
| 2008 - Present | **Adjunct Faculty / Instructor**<br>Macomb Community College<br>Warren, Michigan |
| 2009 - Present | **Clinical Educator**<br>Michigan State University School of Medicine<br>East Lansing, Michigan |

## CONSULTING POSITIONS

| | |
|---|---|
| 2006 - Present | **Medicolegal and Forensic Science Consultant**<br>**MSNBC, CNN, CNN Headline News, Court TV, Fox News Channel**<br>New York, New York and Altanta, Georgia |
| 2009 - Present | **Forensic Pathology and Forensic Science Consultant**<br>**CSI (Crime Scene Investigation) and CSI Miami, CBS Television**<br>**Network**<br>Los Angeles, California |

## PREVIOUS MEDICAL EXAMINER APPOINTMENTS

| | |
|---|---|
| 2001 - 2004 | **Associate Medical Examiner, Medical Examiner Department**<br>Hillsborough County, Florida |
| 2001 - 2004 | **Associate Director, Forensic Pathology Fellowship Training**<br>**Program**<br>Hillsborough County, Florida |
| 2003 - 2004 | **Associate Medical Examiner, District 12 Medical Examiner**<br>**Department**<br>Sarasota, Manatee and DeSoto Counties, Florida |

3

| 2000 - 2001 | **Associate Medical Examiner, Medical Examiner Department**<br>Miami-Dade County, Florida |
|---|---|

## OTHER PREVIOUS APPOINTMENTS

| 2010 - 2013 | **Clinical Laboratory Director, Health Department**<br>St. Clair County, Michigan |
|---|---|
| 2004 - 2005 | **Forensic Science Instructor, Criminal Justice Department**<br>St. Petersburg College, St. Petersburg, Florida |
| 2002 - 2005 | **Consultant Forensic Pathologist, Tampa Pathology Laboratories**<br>Tampa, Florida |
| 2001 - 2004 | **Assistant Professor of Pathology and Laboratory Medicine University of South Florida, College of Medicine**<br>Tampa, Florida |
| 1999 - 2000 | **Chief Resident, Department of Pathology Rush Presbyterian-St. Luke's Medical Center**<br>Chicago, Illinois |
| 1998 - 2000 | **Staff Pathologist, Christ Hospital and Medical Center**<br>Oak Lawn, Illinois |
| 1998 - 2000 | **Research Associate, Rush Alzheimer's Disease Center**<br>Chicago, Illinois |
| 1997 - 2000 | **Pathology Laboratory Instructor, Rush Medical College**<br>Chicago, Illinois |
| August 1987 | **Recovery Team, Northwest Airlines Plane Crash - Flight 255**<br>Detroit, Michigan |

## MEDICAL LICENSES

- Michigan: 4301081020 - 2002 to present
- Florida: ME 82382 - 2001 to present
- Illinois: 36-096963 - 1996 - 2003 (Inactive Status)

4

## EDITORIAL BOARD of EDITORS

2005 - Present        **American Journal of Forensic Medicine and Pathology**
                      Philadelphia, Pennsylvania


## COMMITTEE APPOINTMENTS

2006 - Present        **Anatomic Pathology Assistant Program, Advisory Committee**
                      Wayne State University, Detroit, Michigan

2005 - Present        **Michigan Child Death Review, Consultant**
                      St. Clair County, Michigan

2004 - Present        **Michigan Child Death Review, Consultant**
                      Macomb County, Michigan

2002 - 2004           **Pathology Residency Committee, University of South Florida College of Medicine**
                      Tampa, Florida

2002 - 2004           **Florida Child Protection Team, Consultant**
                      Hillsborough County, Florida

2002 - 2004           **Disciplinary Hearing Officer**
                      Hillsborough County, Florida

1997 - 2000           **Admissions Committee, Rush Medical College**
                      Chicago, Illinois

1997 - 2000           **Surgical Procedure Review Committee, Rush Presbyterian - St. Luke's Medical Center**
                      Chicago, Illinois


## AWARDS / ACHIEVEMENTS

May, 2009             **Distinguished Service Award, Port Huron Police Department**

January, 2009         **Featured Medical Examiner – *Dead Men Talking***
                      Three Part Documentary Series - MSNBC Cable Network

5

## **INVITED LECTURES / PANEL DISCUSSIONS / SEMINARS**

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, October 27, 2016

- *Forensic Pathology and Investigation of Death:* Michigan Society for Respiratory Care Spring Conference, Dearborn, Michigan, April 15, 2016

- *Role of the Medical Examiner:* Gift of Life 6th Annual Transplant Symposium, Ann Arbor, Michigan, March 18, 2016

- *Forensic Investigation of Fire Deaths:* St. Clair County Fire Training Seminar, Port Huron, Michigan, January 17, 2015

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 2, 2014

- *Forensic Pathology and Scene Investigation:* Detective Training Seminar, Mt. Clemens, Michigan, March 26, 2014

- *Child Deaths; Investigation Approach and Pitfalls:* Macomb County Sheriff Department, Mt. Clemens, Michigan, October 25, 2013

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2013

- *Forensic Pathology – Application for First Responders*, Training Series, St. Clair Shores Fire Department, St. Clair Shores, Michigan, May 28, 2013

- *Infant and Child Death Investigation:* CTC Training Specialties, Clinton Township, Michigan, October 9, 2012

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2012

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 4, 2012

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 3, 2012

- *Death Investigation in Michigan-What All Residents Should Know:* Grosse Pointe Crisis Club, February 16, 2012

- *Forensic Pathology and Duties of Medical Examiner:* Wake-Up Wednesday, Grosse Pointe Yacht Club, Grosse Pointe, Michigan, December 14, 2011

- *Death Investigation, Injury Analysis and Evidence Collection for First Responders:* Southwest Michigan 3rd Annual Botsford Hospital EMS Expo, Novi, Michigan, October 12, 2011

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 6, 2011

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 5, 2011

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2010

- *Medical Examiner Scene Investigator (MESI) Training Program, St. Clair County:* Course Director, Port Huron Hospital, Port Huron, Michigan, May, 2010

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, April 28, 2010

- *Rape/Homicide and Collection of Evidence:* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2010

- *Interpretation of Injuries Caused by Firearms,* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 22, 2010

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, December 17, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 19, 2009

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, May 20, 2009

- *Forensic Pathology and Medical Examiners: What the Public Needs to Know,* 4th Annual Crime Victims' Rights Week Seminar, Clinton Township, Michigan, April 30, 2009

- *Interpretation of Injuries Caused by Firearms,* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Rape/Homicide and Collection of Evidence:* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Investigation of Deaths in Childhood -  From SIDS to Shaking*: 33rd  Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2009

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Introduction to Forensic Pathology-Wound Pattern Recognition:* Basic Detective School, Oakland Police Academy, Auburn Hills, Michigan, March 27, 2009

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, January 13, 2009

- *Rape-Homicide and Collection/Interpretation of Evidence:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Interpretation of Injuries Caused by Firearms,* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Investigating Deaths in Childhood – From SIDS to Shaking:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 6, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 21, 2008

- *Insights into the Diagnosis of Cause of Death:* Innovations in Emergency Medicine (Beaumont Hospital), Beverly Hills, Michigan, October 24, 2008

8

- *Forensic Death Investigation:*  Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 9, 2008

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2008

- *Rape/Homicide and Collection of Evidence:* 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 25, 2008

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Investigation Drowning Deaths:*  Continuing Education, Sterling Heights Fire Department, Sterling Heights, Michigan, March 11, 2008

- *A Day in the Life of a Forensic Pathologist:* American Academy of Forensic Sciences, Student Academy, 60th Anniversary Meeting, Washington DC, February 19, 2008

- *Recognizing Child Abuse: What Schools and Educators Need to Know:*  Child Protection Law Workshop (Panel Discussion), Macomb Intermediate School District, Clinton Township, Michigan, February 8, 2008

- *Rape-Homicide and Collection/Interpretation of Evidence:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 7, 2007

- *Case Review in Drowning Deaths and Bodies Recovered from Water:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 6, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking:*  Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 30, 2007

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 16, 2007

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, September 30, 2007

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2007

- *Investigation and Analysis of Firearm Wounds:* 31st Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 27, 2007

- *Introduction to Forensic Pathology*: Department of Pathology, Wayne State University, Detroit, Michigan, January 26, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 2):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, December 15, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 1):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 17, 2006

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, November 2, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 1, 2006

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University, Department of Fundamental and Applied Sciences, Detroit, Michigan, June 27, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 31, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 30th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 28, 2006

- *Wound Pattern Recognition and Analysis:*  National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Forensic Case Consultation – Panel Discussion:* National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 6, 2006

- *Wound Identification and Pattered Injuries*: Sexual Assault Nurse Examiner Conference, Macomb County Community College, January 18, 2006

- *Gunshot Wounds: What Do They Tell Us?* Georgia Public Defender Standards Council, Forensic Science Seminar, Atlanta, Georgia, November 9, 2005

- *Drowning and Bodies Recovered from Water; Solving the Puzzle:* Michigan Association of Medical Examiners, Annual Meeting, Mt. Pleasant, Michigan, October 30, 2005

- *Death Investigation and Wound Pattern Analysis:* Michigan Police Academy Detective Training, Oakland County Community College, October 27, 2005

- *Postmortem Changes: Recognizing Injury v. Artifact:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Interpretation of Gunshot Wounds and Sharp Force Injuries. 12th* Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Wound Pattern Recognition: An Introduction to Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, June 28, 2005

- *Child Abuse: Interpretation of Injuries and Distinction from Natural and Accidental Deaths:* Pediatric Sexual Assault Nurse Examiner Training Seminar, Fraser, Michigan, May 19, 2005

11

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 20, 2005

- *Interpretation of Forensic Evidence:*  National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Consultation:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Analysis:* St. Clair County, Medical Examiner Scene Investigator Conference, Marysville, Michigan, February 22, 2005

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, January 17, 2005

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 10, 2004

- *Interpretation of Gunshot and Shotgun Wounds:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Thermal Injuries and Bodies Recovered From Water:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Investigation of Deaths in Childhood:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 6, 2004

- *Forensic Pathology and Interpretation of Wound Patterns:* 11th Annual International Homicide Investigators Association, Clearwater, Florida, August 2, 2004

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, June 6, 2004

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 28th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2004

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, April 15, 2004

- *Interpretation of Blunt Trauma and Sharp Force Injuries*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Interpretation of Injuries due to Firearms*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 15, 2004

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 14, 2004

- *Forensic Evidence Collection and Interpretation: The Role of the Medical Examiner:* Tampa Bay Area Chiefs of Police, Annual Forensic Science Seminar, Tampa, Florida, March 5, 2004

- *Injury Pattern Recognition and Interpretation:* Death is Different, Florida Association of Criminal Defense Attorneys, 10th Annual Death Penalty Seminar, Palm Beach, Florida, February 21, 2004

- *Medicolegal Aspects of Death Investigation:* St. Petersburg College, Southeastern Public Safety Institute, St. Petersburg, Florida, October 22, 2003

- *Forensic Pathology and Death Investigation:* University of South Florida, Medical Student Colloquium, Tampa, Florida, October 16, 2003

- *Interpretation of Gunshot Wounds*: University of South Florida, Department of Pathology, Tampa, Florida, September 18, 2003

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 25, 2003

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 27th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 4, 2003

- *Interpretation of the Autopsy Report - Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003

- *Evaluating Gunshot Wounds and Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, March 13, 2003

- *Gunshot Wound Evaluation*: University of South Florida, Department of Pathology, Tampa, Florida, October 10, 2002

- *Patterns of Injury in Trauma*: 6th Annual Trauma Symposium, Tampa, Florida, May 17, 2002

- *Introduction to Forensic Pathology*: National Defender Investigator Association, Portland, Oregon, April 18, 2002

- *Investigation of Drowning Deaths and Bodies Recovered from Water*: 26th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 8, 20


## PEER REVIEWED SCIENTIFIC PUBICATIONS

### BOOKS

- Spitz WU, **Spitz DJ**. *Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 2nd Edition. W.B. Saunders Company, New York, New York, 2010.

- Haber MH, Gattuso P, **Spitz DJ**, David O. *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

## BOOK CHAPTERS

- Diegel R, Henry T, **Spitz DJ**. Wound Identification and Documentation *in Atlas of Sexual Violence.* Elsevier, St. Louis, Missouri, 2013.

- **Spitz DJ**. Investigation of Bodies in Water *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Platt MS, **Spitz DJ**, Spitz WU. Investigation of Deaths in Childhood: The Abused Child and Adolescent *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Spitz WU, **Spitz DJ**. Investigation of Deaths in Childhood: Feticide and Neonaticide *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. History and Development of Forensic Medicine and Pathology *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. Identification of Human Remains *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**, Yocom J, Reddy VB. Heart, Pericardium and Blood Vessels *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Ureter, Urinary Bladder and Kidney *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Cochran EJ. Central Nervous System in *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Pins MR, Betlej TM, Dysico G, **Spitz DJ**. Male Genitourinary System *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Breast *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Kapur S, **Spitz DJ**, Reddy VB. Soft Tissue *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Adrenal Gland *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

## ORIGINAL ARTICLES

- Mateju E, Duchanova S, Kovac P, Moravansky N, **Spitz DJ**. Fatal Case of Rapunzel Syndrome in Neglected Child. *Forensic Science International*, 190:5-7, July 2009.

- Kovac P, Moravansky N, **Spitz DJ**. Child Abuse and Neglect, Minimum for Primary Care Pediatrician. *Practical Pediatrics*, 1:49-51, January 2009.

- Duer WC, **Spitz DJ**, McFarland, S. Relationships between Concentrations of Cocaine Hydrolysates in Peripheral Blood, Heart Blood, Vitreous Humor and Urine. *Journal of Forensic Sciences*, (51)2:421-425, March 2006.

- **Spitz DJ**, Prator PC, Stratton JE, Labiste L, Augenstein JS, Mackinnon J, Phillips J, Singer M, Perdeck E. Neck and Cervical Spine Injuries Caused by Automatic Two-Point Shoulder Restraints: An Analysis of 4 Cases. *Journal of Forensic Sciences*, 50(1):159-163, January 2005.

- **Spitz DJ**, Ouban A. Meningitis Following Gunshot Wound of the Neck. *Journal of Forensic Sciences*, 48(6):1369-1370, November 2003.

- **Spitz DJ**. An Unusual Death in an Asthmatic. *The American Journal of Forensic Medicine and Pathology,* 24(3):271-2, September 2003.

- **Spitz DJ**, Adams VI. Medical Investigation of Pedestrian Deaths. *American Society of Clinical Pathologists, Forensic Pathology Check Sample*, Vol. 44, No. 2, ISSN-1056-5922, May 2002.

- **Spitz DJ**. Drowning and Near-Drowning: Pathophysiology Associated with Freshwater and Saltwater Environments. *American Society of Clinical Pathologists, Forensic Pathology Check Sample,* Vol. 43, No. 3, ISSN-1056-5922, October 2001.

- Hertz G, Reddy VB, Green L, **Spitz DJ**, Massarani-Wafai R, Selvaggi SM, Kluskens L, Gattuso P. Fine Needle Aspiration of Liver Masses: A Multicenter Study of 602 Radiologically Guided FNA. *Diagnostic Cytopathology*, 23(5):326-328, November 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *Diagnostic Cytopathology*, 23(5):318-321, November 2000.

- Betlej TM, **Spitz DJ**, DeCresce RP, Webster RA, Geller J, Maturen A. Performance of the Nichols QuiCk Intraoperative Intact Parathyroid Hormone Assay in Clinical Practice. *Clinical Chemistry*, 46(6):469, July 2000.

- **Spitz DJ**, Reddy VB, Selvaggi SM, Kluskens L, Green L, Gattuso P.  Fine Needle Aspiration of Scalp Lesions. *Diagnostic Cytopathology*, 23(1):35-38, July 2000.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso P. Fine Needle Aspiration of Intra and Extraocular Masses. *Diagnostic Cytopathology*, 22(3):199-200, March 2000.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**, Patel S, Snider H. Occult Metastasis in the Sentinel Lymph Nodes of Patients with Early Breast Carcinoma. *Cancer*, 86(6):990-996, September 1999.

- Gattuso P, Ramzy I, Truong LD, Lanksford KL, Green L, Kluskens L, **Spitz DJ**, Reddy VB. Utilization of Fine Needle Aspiration in the Diagnosis of Metastatic Tumors to the Kidney. *Diagnostic Cytopathology,* 21(1):35-38, July 1999.

- **Spitz DJ**, Maturen A, Cho BL, Webster RA, Betlej TM, DeCresce RP. Performance of the Abbott AxSYM Troponin I Assay and Comparison with CKMB in Clinical Practice. *Clinical Chemistry,* 45(6):501, June 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Fine Needle Aspiration of Pseudoangiomatous Stromal Hyperplasia of the Breast. *Diagnostic Cytopathology*, 20(5):323-324, May 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Congenital (Infantile) Myofibromatosis and the Approach to the Differential Diagnosis of Soft Tissue Tumors in Children. *American Society of Clinical Pathologists, Surgical Pathology Check Sample,* Vol. 27, No. 3, ISSN-1091 8655, May 1999.

- **Spitz DJ**. Unrecognized Fatal Liver Injury Caused by a Bicycle Handlebar. *American Journal of Emergency Medicine*, 17:3, 244, May 1999.

- **Spitz DJ**, Spitz WU. Killer Pop Machines. *Journal of Forensic Sciences*, 35(2):490-492, February 1990.


<u>**ABSTRACTS**</u>

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *8th Annual Symposium on Forensic Sciences*, Samorin-Cilistov, Slovak Republic, September, 2007.

- Gavala P, Mlynar J. Novomesky F, Morovansky N, **Spitz DJ**, Kovac P, Juricek L. Digital Atlas of Forensic Medicine and Science. *47th Annual Conference of Forensic Medicine*. Modra-Harmonia, Slovak Republic, May 2007.

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *47th Annual Conference of Forensic Medicine*. Modra-Harmonia, Slovak Republic, May 2007.

- Bloom, KJ, Anderson J, Assad L, **Spitz DJ**, Fan M, Dowlat K. Complete Evaluation of Sentinel Lymph Nodes at 0.25 mm Intervals Utilizing H&E and Cytokeratin Immunohistochemistry. *United States and Canadian Academy of Pathology*, New Orleans, Louisiana, March 2001.

- Dowlat K, Witt TR, Bloom KJ, Fan M, **Spitz DJ**, Oleske D. Detection of Occult Micrometastases by 0.25 mm Sectioning and Cytokeratin Staining of Sentinel Nodes in Early Breast Cancer. *36th Annual American Society of Clinical Oncology*, New Orleans, Louisiana, May 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *47th Annual Scientific Meeting of the American Society of Cytopathology,* Sacramento, California, November 1999.

- **Spitz DJ**, Reddy VB, Bahkos R, Kluskens L, Green L, Selvaggi SM, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *47th Annual Scientific Meeting of the American Society of Cytopathology*, Sacramento, California, November 1999.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**. Sentinel Node Biopsy is Superior to Axillary Node Dissection in Staging of Early Breast Cancer. *119th Annual American Surgical Association*, San Diego, California, April 1999.

- Dowlat K, Bloom KJ, Fan M, **Spitz DJ**. Sentinel Node Micrometastases in Early Breast Cancer. *21st Annual San Antonio Breast Cancer Symposium*, San Antonio, Texas, December 1998.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso, P. Fine Needle Aspiration of Intra and Extraocular Masses. *American Society of Cytopathology*, Nashville, Tennessee, November 1998.


## PROFESSIONAL MEMBERSHIPS

- American Academy of Forensic Sciences, 2001 -
- National Association of Medical Examiners, 2001 -
- Michigan Association of Medical Examiners, 2004 -
- American Society of Clinical Pathologists, 2002 -
- College of American Pathologists, 1998 - 2005
- Florida Association of Medical Examiners, 2001 - 2005
- American Medical Association, 2001 - 2005
- Florida Medical Association, 2001 - 2004
- Hillsborough County Medical Association, 2001 - 2004
- Florida West Coast Association of Pathologists, 2002 - 2004