# ADVANCED TASER REPORT

EXHIBIT 20

# The Springfield Township Police Department
## M26 & X26 Advanced Taser Use Report

**COPY**

Date/Time of Incident: 09/08/15 1514 hrs

Report No. 15-2772

Incident Location: 1019 Abington Rd

### Suspect's Information

Suspect's Name: Jordn L Miller

Age: 24    Sex: M    Height: 600    Weight: 151    Race: WHT

Clothing Description: camo hoodie, shorts

### Type of Force used or Displayed by Suspect (check all that apply):

[X] Physical  [ ] Impact  [ ] Cutting Instrument  [ ] Firearm  [ ] Other

Explain:
Subject physically fought with officers while attempting to handcuff him. Subject also bit me through my uniform pants breaking the skin.

### Description of Injury to Suspect (if any):
Impact wounds from the 2 taser darts

### Description of Injury to Officer (if any):
Left Calf abrasion/laceration bite wound

Treated by: [X] EMS  [X] Hospital    Admitted to Hospital: [X] Yes  [ ] No

Suspect under the influence of: [X] Drugs  [ ] Alcohol  [ ] Other

List substance if known:
Possible, Meth, Methadone, Special K, Maybe Prescription (trazadone)

# The Springfield Township Police Department
## M26 & X26 Advanced Taser Use Report
### Page 2 of 3

**Name of Supervisor Notified:** Sgt.Moore

### Summary of the action taken, by the officer(s) involved:

While attempting to handcuff the suspect he continued to fight with us. He then bit me in the left calf, still fighting and was very uncontrollable. I deployed my taser to the mid back at close range, then placed the taser to his right calf to complete a circut. Officers did gain compliance and was able to handcuff him during the 5 sec cycle. The suspect continued to fight thrashing around and was given a second cycle that did not gain any compliance. Officers continued to wrestle with the suspect just tyring to keep him still and hold him down so not to injure himself. The suspect did calm down and we noticed that he appeared to have a medical problem at this time. We rolled the suspect over, felt for a palse which was strong and fast, and his chest was rising and falling. We advised dispatch that we needed EMS and to advise to step it up. We continued to feel for a palse and waited for EMS. As EMS arrived the suspect lost his palse.

### Application Data

Which type of Advanced Taser was used? ☐ M26  ☒ X26

Advanced Taser Serial #: X00-445350

Cartridge Serial #(s): 101 tagged it

Number of cartridges fired: 1

Number of probe contacts: 2

Number of probes penetrating the skin: 2

Location of each probe contact: Mid to upper Center of back

Distance between probes (use inches): Aprx 3 inches

Length of time for electrical current application: ☒ Programmed 5-seconds   If longer/shorter or more than one application explain total time frame involved:

The 2nd cycle might of went the 5 seconds or I might have shut it off in the middle fo the cycle becasue I saw no compliance. I can not be for certain do to the stress of the incident.

Approximate distance of probe launch: 3 inches

Did the application cause an injury to the subject or other?  ☐ Yes  ☒ No
If yes, explain:

Note: The suspect was believed to be in a full excited deleruim state and full of unknown narcotics according to his mother. The suspect sustanined side effects from being in this state.

Did the Advanced Taser application gain compliance from the subject?  ☒ Yes  ☒ No

Subject's demeanor after the Advanced Taser was displayed or deployed:

The 1st application was successful, the 2nd applicationd ganined NO compliance.

Where were the probes disposed?
Akron City Hospital ER

Additional Information:

Suspect went into full arrest after a short period of time of being in custody. EMS arrived on scene and was given full life saving measures. The suspect was transported to Akron City Hospital where he was placed on life support and pending further testing. The suspect did have a heart beat at the time.

Officer Submitting this report: _Ofc. R.A. S[...] 152_

Supervisor's Approval: _Sgt. Moore #134_

Approved: 11/2005