EADIE/HILL
TRIAL LAWYERS

3100 E. 45 Street, Suite 218
Cleveland, Ohio 44127
www.eadiehill.com
216-777-8856

FILED

2017 AUG 30 PM 2:41

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**August 28, 2017**

Clerk's Office
John F. Seiberling Federal Building and U.S. Courthouse
2 South Main Street
Akron, Ohio 44308
(330) 252-6000

***Haydn Zeis v. Springfield Twp., Ohio, et al*, Case No. 5:16cv2331, Judge John R. Adams**

Please accept for manual filing the following audio file: *911 Recording of Wendy Tomblin on September 8, 2015.*

This manual filing is in support of two prior filings:

1. Plaintiff's Opposition to Motion for Summary Judgment [Document No. 37]; and
2. Plaintiff's Motion for Summary Judgment on Plaintiff's Excessive Force Claim [Document No. 30].

Please contact me with any questions.

Warmest regards,

Michael A. Hill
*michael.hill@eadiehill.com*