It is so ordered.
/s/ John R. Adams
U.S. District Judge
11/13/18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAYDN ZEIS, Administrator of the Estate of Jordn Lukas Miller, Deceased | CASE NO. 5:16CV2331 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | |
| SPRINGFIELD TOWNSHIP, OHIO, et al. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties in the above-captioned case, by and through undersigned counsel, hereby give notice to the Court that the case has resolved and is therefore being dismissed with prejudice, costs to Defendants.

Respectfully submitted,

/S *Michael A. Hill*
MICHAEL A. HILL (0088130)
**EADIE HILL TRIAL LAWYERS**
3100 East 45th Street, Suite 218
Cleveland, Ohio 44127
(216) 777-8856 (o) | (216) 716-2507 (f)
michael.hill@eadiehill.com

*Counsel for Plaintiff*

s/ *Gregory A. Beck (per email consent)*
GREGORY A. BECK (0018260)
MEL L. LUTE, JR. (0046752)
**BAKER, DUBLIKAR, BECK, WILEY & MATTHEWS**
400 S. Main Street
North Canton, OH 44720
(330) 499-6000 / (330) 499-6423 (FAX)
*beck@bakerfirm.com*
*lute@bakerfirm.com*

*Counsel for Defendants*